**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
18-07312**

**PLAINTIFFS' NAMES ENTERED 01/08/2019**

178 Estate of Robert Adrian Worthington,
179 Rhonda S. Worthington,
180 Kaylin Worthington,
181 Andrew Patrick Nally,
182 Danyelle M. Nally,
183 Andrew Michael Nally,
184 Jasmin M. Grady,
185 Brittany R. Nally,
186 Andrea D. Nally,
187 David Robert Baxter, Jr.,
188 Nicole Michelle Baxter,
189 David Robert Baxter, Sr.,
190 Mark Allen Whetzel,
191 Jennifer Dawn Whetzel,
192 Dianna Elizabeth Whetzel,
193 Stephen Kenneth Valyou,
194 N.G.V., a Minor Child,
195 Terry Ray Carter,
196 Linda Sue Carter,
197 Sene Pe'a Polu,
198 Rosalind Kemukisa Polu,
199 Charley S. Polu,
200 Chazity Oliana Elesi Polu,
201 Daniel Alton Rocco,
202 Chad A. Christensen,
203 John Paul Kaiser, Jr.,
204 Tina Elizabeth Kaiser,
205 Kacee Elizabeth Keating,
206 Daniel Scott Webb,
207 Patrick John Brady,
208 Debra A. Brady,
209 Sarah E. Malone,
210 Edward J. Brady III,
211 Brett Adam Miller,
212 Faith A. Miller,
213 Brian Michael Hayden,
214 Cory Lamar Eggleston,

215  Daniel Francis Pearson,
216  Holly Ann Pearson,
217  Erik Ernst Sandstrom,
218  J.M.S., a Minor Child,
219  Jeffrey David Evans,
220  Jerry Matthew Teal,
221  Michael Zipp Hanna,
222  Michael Alexander Hanna,
223  Ralph Edward Swartz II,
224  Brittany M. Swartz,
225  V.M.S., a Minor Child,
226  Leatha M. Swartz,
227  Ralph E. Swartz, Sr.,
228  Lydia A. Hill,
229  Robert A. Swartz,
230  Russell Lee Cook, Jr.,
231  Shawn Ali Nelson,
232  Thelma Nelson,
233  Robert Nelson,
234  David Lee Sells,
235  Misty Lynn Sells,
236  Matthew Kane Sell,
237  Brett Laci Sells,
238  Jeremy George Cashwell,
239  Shane Troy Ulanday,
240  Cher Ulanday,
241  Timothy Peter Bennett,
242  Amanda Jane Bennett,
243  T.P.B., a Minor Child,
244  Savanna Lindsey Bennett,
245  Brittany Amber Bennett,
246  Walter Lee Ham, Jr.,
247  Estate of Timothy James Seamans,
248  Monica Seamans,
249  David Robert Seamans,
250  Ashley Marie Knapp,
251  Estate of Kristopher Allan Higdon,
252  Ronda Elaine Higdon,
253  Britton Shane Higdon,
254  Bryan Alan Winton,
255  Tabitha Winton,
256  B.M.W., a Minor Child,
257  Charles Anthony Keller,

258 Charles Eugene Russell,
259 Jeremy Michael Girdler,
260 John Patrick Harris,
261 John Jesse Greene,
262 Kenneth Lee Smith,
263 J.A.S., a Minor Child,
264 Miguel Angel Gonzalez,
265 Elisa Gonzalez,
266 Noah Parker Mutrie,
267 Ashley Mutrie,
268 J.M., a Minor Child,
269 B.M., a Minor Child,
270 Alexandra Mutrie,
271 Emanuel Valencia Alvarez,
272 Jamie Lee Frazier,
273 Joseph Monforte, Jr.,
274 Amanda Monforte,
275 Victoria Monforte,
276 Marylou Monforte,
277 Kristen Martinez,
278 Estate of Brandon Abbott Meyer,
279 Eugenia Marie Meyer,
280 Terry Lynn Meyer,
281 Desiree Suzanne Meyer-Roder,
282 Richard Ezell Philemon, Jr.,
283 Casie S. Philemon,
284 Renata Lawson,
285 Dennis A. Philemon,
286 Robert Lance Caver,
287 Tricia Ann Caver,
288 N.R.C., a Minor Child,
289 Alicia Joy Caver,
290 Shawn Michael Durnen,
291 Margaret Durnen,
292 Don Durnen,
293 Shawn Larry Nichols,
294 T.A.N., a Minor Child,
295 Tate Wayne Mallory,
296 Tristin Wayne Mallory,
297 Cheyenne Sharon Mallory,
298 Shania Shae Mallory,
299 T.W.M., a Minor Child,
300 Wayland Todd Allen,

301   Tanja Blackwell,
302   Braydon Allen,
303   Koby Allen,
304   Debra Allen,
305   Ronald Jene Allen,
306   Trenton Allen,
307   Coedy Dale James,
308   Lisa James,
309   Jerry Daniel Walker,
310   John Allen Gentry, Jr.,
311   John F. Kunkel, Jr.,
312   Jordan Kaleb Smith,
313   Matthew Patrick Haley,
314   Adam Thomas Gauldin,
315   Georgia Gryder,
316   Michael Brian Gauldin,
317   Michael Ryan Gauldin,
318   Patrick Gauldin,
319   Brian Buck Wilhelm,
320   A.M.W., a Minor Child,
321   Rhonda Wilhelm,
322   Michael Wilhelm,
323   Daniel Michael Jacobs,
324   Jared Ray White,
325   Tina Scates,
326   Clinton R. White,
327   Brenna White,
328   Joseph Ray Eason, Sr.
329   F.L.E., a Minor Child,
330   Ashley R. Rebstein,
331   Kyle Matthew Lemieux,
332   Elizabeth Lynn Coffin,
333   Nathan Raines,
334   Richard George Moore, Jr.,
335   Stephen Lamonte Edwards, Jr.,
336   Monique A. Valdez-Edwards,
337   Lauren E. Bolobov,
338   Tami Renei Kemper-Pena,
339   Sean Patrick Lynch,
340   David Kevin Gaskin,
341   Damil Gaskin,
342   D.G., a Minor Child,
343   Jacob Dewain Householder,

344 Janet Baxter,
345 James C. Householder,
346 Marcus S. Baxter,
347 Caelen A. Baxter,
348 Jason Richard Golbranson,
349 Nicholas Michael Latona,
350 Thomas Whittfield Thornhill,
351 Desiree Anne Thornhill,
352 G.B.T., a Minor Child,
353 Devin Jay Meurer,
354 Donald J. Meurer,
355 Marnie Meurer,
356 Dustin J. Meurer,
357 James Michael Hurst,
358 Alvia Masayon Hurst,
359 Bausten Cole Hurst,
360 Clayton Tilton Crowell,
361 Justin Lee Singleton,
362 A.E.S., a Minor Child,
363 I.D.S., a Minor Child,
364 S.K.S., a Minor Child,
365 Malcolm Christopher Canada,
366 Barbara Jean Canada,
367 Robert Paul Potts III,
368 John Tyler Lee,
369 J.T.L., a Minor Child,
370 M.A.L., a Minor Child,