# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK
# 18-07312

**PLAINTIFFS' NAMES ENTERED 01/09/2019**

| | |
|---|---|
| 371 | Ricky Aaron Baxter, |
| 372 | Elba Baxter, |
| 373 | Christopher Robert Galka, |
| 374 | K.Z.G., a Minor Child, |
| 375 | Maria Theresa Galka, |
| 376 | Mark Gregory Galka, |
| 377 | Carrie Elizabeth Kietzman, |
| 378 | Brandon Lamar Dale, |
| 379 | Debbie Simmons, |
| 380 | Freddie Lee King, Jr., |
| 381 | Seda King, |
| 382 | Kirk Thomas McPheron, |
| 383 | William Matthew Pfeifer, |
| 384 | H.S.P., a Minor Child, |
| 385 | Dorothy K Pfeifer, |
| 386 | Daniel Ryan Kulicka, |
| 387 | Jared Michael Rogers, |
| 388 | C.J.R., a Minor Child, |
| 389 | Francis Daniel Garren, |
| 390 | David L. Garren, |
| 391 | Mary Kathryn Johnston, |
| 392 | Serge Hagopian, |
| 393 | Anaheid Mikaelian, |
| 394 | Sevag Hagopian, |
| 395 | Christine Hagopian, |
| 396 | Gregory Joseph Regan, Jr., |
| 397 | Bradley Christian Tande, Jr., |
| 398 | Dianna D. Tande, |
| 399 | Brian Lee Rudolph, |
| 400 | Charles Foster Harmon, |
| 401 | Christopher Lee Olsen, |
| 402 | Stacie Olsen, |
| 403 | Wallace Casey Nelson III, |
| 404 | D.J.N., a Minor Child, |
| 405 | Hannah Rose Nelson, |
| 406 | Raymond H. James, |
| 407 | Yvenson Gala, |

*January 9, 2019 \*

| | |
|---|---|
| 408 | Estate of William David O'Brien, |
| 409 | Dawn R. Williamson, |
| 410 | John A. O'Brien, |
| 411 | J.A.S., a Minor Child, |
| 412 | Estate of Scott Alan Miller, |
| 413 | Susan E. Miller, |
| 414 | Robert D. Miller, |
| 415 | Mark D. Miller, |
| 416 | Paul E. Miller, |
| 417 | Jonathan Scott Mallard, |
| 418 | Connie Mallard, |
| 419 | Jessica Mallard Fancher, |
| 420 | Brian E. Mallard, |
| 421 | Robbie Don Cheatham, |
| 422 | Christopher Neil Shell, |
| 423 | Lisa Ann Shell, |
| 424 | Curtis L. Shell, |
| 425 | David Lee Shell, Jr., |
| 426 | Richard Lee Burge, Jr., |
| 427 | James H. Sperry, |
| 428 | Estate of Travis Scott Bachman, |
| 429 | Amber Jolene Bachman Wilson, |
| 430 | T.S.B., a Minor Child, |
| 431 | K.P.B., a Minor Child, |
| 432 | Elisha Joseph Abbott |
| 433 | Benjamin Edward Trainer, |
| 434 | Edward James Trainer, |
| 435 | George Robert Harrison, Jr. |
| 436 | Jody Lewis Harrison |
| 437 | Debbi Harrison |
| 438 | George Robert Harrison, Sr. |
| 439 | Mary Harrison, |
| 440 | Tabbitha Lyne Norris, |
| 441 | Troy R. Harrison, Sr., |
| 442 | Justin Ashley Gage, |
| 443 | Justin Ray Morgan, |
| 444 | Aaron Smith, |
| 445 | Estate of Jeremy Scott Jones, |
| 446 | Jennifer Laura Jones, |
| 447 | A.J.J., a Minor Child, |
| 448 | M.A.J., a Minor Child, |
| 449 | Diane Kathleen Jones, |
| 450 | Joseph Scott Jones, |

*January 9, 2019* \

451	Abbi Miranda Carreto,
452	Estate of Darren Dean Howe,
453	Nakia Laree Howe,
454	G.H., a Minor Child,
455	S.H., a Minor Child,
456	Brandon A. Howe

*January 9, 2019 \*