| | |
|---|---|
| 451 | Abbi Miranda Carreto, |
| 452 | Estate of Darren Dean Howe, |
| 453 | Nakia Laree Howe, |
| 454 | G.H., a Minor Child, |
| 455 | S.H., a Minor Child, |
| 456 | Brandon A. Howe |

*January 9, 2019* \