IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
18-07312

**PLAINTIFFS' NAMES ENTERED 01/15/2019**

| | |
|---|---|
| 541 | Christopher David Condrey, |
| 542 | Dillon J. Cannon, |
| 543 | Patricia A. Cannon, |
| 544 | Kelsey J. Cannon, |
| 545 | Felicia Flake, |
| 546 | Kevin Scott Johnson, |
| 547 | Anntonette Jane Johnson, |
| 548 | Jacob Scott Johnson, |
| 549 | Julianne Katherine Johnson, |
| 550 | Martin Lynn Wagner, Jr., |
| 551 | Anna Wagner, |
| 552 | Amanda Wagner Ellis, |
| 553 | Matthew Badillo, |
| 554 | Matthew Terrance Whiteside, |
| 555 | Kandi Danielle Whiteside, |
| 556 | M.T.W., a Minor Child, |
| 557 | Sharon Smithey Whiteside, |
| 558 | Mark Kevin Whiteside, |
| 559 | Kevin Casey Whiteside, |
| 560 | Jackson Wiley Whiteside, |
| 561 | Christopher Dewayne Whiteside, |
| 562 | Michael Bass Locke, |
| 563 | William Alvin Locke, |
| 564 | William David Locke III, |
| 565 | Phillip Lawrence Bell, |
| 566 | Maxine C. Bell, |
| 567 | Thomas J. Bell, |
| 568 | Jeffrey K. Bell, |
| 569 | Joseph T. Bell, |
| 570 | Tyler Nicholas Ogden, |
| 571 | Sheryl Ann Chen, |
| 572 | Jerrin Matthew Ogden, |
| 573 | William Lee Nelson, |
| 574 | Travis Eugene Gingrich, |
| 575 | Justin Perry Sedelmaier, |
| 576 | Amber Nicole Sedelmaier, |
| 577 | Joie Lee Williams, |

*January 15, 2019 \*

| | |
|---|---|
| 578 | Annette Williams, |
| 579 | Shenna Green, |
| 580 | Doris Jean Coger, |
| 581 | Robert Justin Moultrie, |
| 582 | Paul Eric Haines, |
| 583 | Ronda Kay Haines, |
| 584 | Karen Mae Haines, |
| 585 | Jeremy Benjamin Haines, |
| 586 | Robert Franklin Harr, |
| 587 | Luz Harr, |
| 588 | Arthur Laverne Rizer III, |
| 589 | A.R., a Minor Child, |
| 590 | Arthur Gabriel Rizer, |
| 591 | Arthur L. Rizer, Jr., |
| 592 | Nicole Rizer, |
| 593 | Stephanie M. Rizer, |
| 594 | James Michael Lott, |
| 595 | Gail Fortner Lott, |
| 596 | Ronald Everett Lott, |
| 597 | Samuel Adam Kaufman, |
| 598 | Francisco Ramirez, |
| 599 | Delfina Zarate, |
| 600 | Francisco Ramirez Figueroa, |
| 601 | Mario Aurelio Nunez, |
| 602 | Hector Ramirez Perez, |
| 603 | Marisela Ramirez Perez, |
| 604 | Salvador Ramirez, |
| 605 | Joshua John Wolcott, |
| 606 | Shaun Christopher Stiltner, |
| 607 | Walter Scott Grigg, |
| 608 | Garth Levi Benedict, |
| 609 | Ashot Malkhassian, |
| 610 | Chaken Zanazanian, |
| 611 | Jesse James Longoria, |
| 612 | Dolores Longoria, |
| 613 | Ray Longoria, |
| 614 | David Kenneth Williams, |
| 615 | Andrew John Harris, |
| 616 | Lance Raymond Blythe, |
| 617 | Richard Wilson Scarlett, |
| 618 | Deborah Scarlett, |
| 619 | R.H.S., a Minor Child, |
| 620 | A.W.S., a Minor Child, |

*January 15, 2019* \

621	Derek Paul Hadfield,
622	Ashley Nicole Hadfield,
623	Kristi Lynn Hadfield,
624	Robert Walter Hadfield II

*January 15, 2019 \*