IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
18-07312

**PLAINTIFFS' NAMES ENTERED 01/17/2019**

| | |
|---|---|
| 751 | Christopher T. Higuera, |
| 752 | Ryan M. Prato, |
| 753 | Estate of Brandon Scott Schuck, |
| 754 | Megan Beth Cash, |
| 755 | G.S.S., a Minor Child, |
| 756 | Jacob Albert Barr, |
| 757 | Kristina Barr, |
| 758 | E.B., a Minor Child, |
| 759 | Michael Joseph James, |
| 760 | Nessim Edward Fournier, |
| 761 | Jason Killens Thompson, |
| 762 | Kyle William Davenport, |
| 763 | Josef Ernest Baumann, |
| 764 | Michael Lee Owen Bolley, |
| 765 | Dakoda Marie Bolley, |
| 766 | Michael Lee Owen Bolley II, |
| 767 | Demi Lynn Bolley, |
| 768 | K.T.B., a Minor Child, |
| 769 | Judy C. Bolley, |
| 770 | Donnie Lee Bolley, |
| 771 | Billy Don Bolley, |
| 772 | Kimberly Dawn Deuel, |
| 773 | Tracy Allen Bolley, |
| 774 | Brian Dale Currier, |
| 775 | Joanne Currier, |
| 776 | Vincent Joseph Senn, |
| 777 | Shannon Senn, |
| 778 | S.L.S., a Minor Child, |
| 779 | Bryan Alexander Snyder, |
| 780 | Jaime Chirie Snyder, |
| 781 | Ryan Patrick Vallery, |
| 782 | Sandra Vallery, |
| 783 | Patrick Vallery, |
| 784 | Michelle Renowden, |
| 785 | James Nelson Sparks III, |
| 786 | Carla White Sparks, |
| 787 | Valerie Caroline Earman, |
| 788 | James Nelson Sparks IV, |
| 789 | Eve Marie Sparks, |
| 790 | Jarrad Jerome Davenport, |

791 LaToya Shantia Davenport,
792 Jarrad Elijah Davenport,
793 Darrius X. Davenport,
794 X.C.D., a Minor Child,
795 Graham Jacob Thomas Lindsey,
796 Estate of Joshua Todd Byers,
797 Mary A. Byers,
798 Lloyd Charles Byers,
799 Milam Byers,
800 Jared Ryan Byers,
801 David Wilson Bronson,
802 George Ovid Simmons,
803 Estate of Jason Alan Benford,
804 Kimberly Ann Benford,
805 J.A.B., a Minor Child,
806 Lane Alan Benford,
807 Estate of Richard Allen Hardy,
808 Doris Hardy,
809 Richard Dean Hardy,
810 Jessica Tackett,
811 Kristopher Kenneth Siemon,
812 Pennie Siemon,
813 Kenneth Siemon,
814 Teddie Hernandez,
815 Wendie Siemon-Thiel,
816 William Lee Nestor,
817 Timothy Earl Bredberg, Jr.,
818 Andrew Joseph Higgins,
819 Michael Everette Green,
820 Melanie Green,
821 Steven Green,
822 Matthew Joseph Pologruto,
823 Gary Don White,
824 Vanessa White,
825 A.W., a Minor Child,
826 Royetta White,
827 Matthew Albert Jordan,
828 Katelynn Jordan,
829 O.J., a Minor Child,
830 Scott Bradley Ray,
831 Kerstin Ray,
832 Michael L. Wells,
833 Joseph Richard Beeman,
834 Eddie Santos Fernandez,
835 Ricardo Alfredo Brizuela, Jr.,
836 Alexander Anthony Brizuela,

| | |
|---|---|
| 837 | Matthew N. Wooten, Jr., |
| 838 | Matthew N. Wooten III, |
| 839 | Ronald Allen Eaton, |
| 840 | Michael Jung Hyun Pasco, |
| 841 | Cortney McCabe Robinson, |
| 842 | Matthew P. Robinson, |
| 843 | Christopher Michael Robinson, |
| 844 | Nichole Rennea Hoskins, |
| 845 | Korylee Charles Kaai, |
| 846 | A.C.K., a Minor Child |