IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
18-07312

**PLAINTIFFS' NAMES ENTERED 01/17/2019** [Second Set]

| | |
|---|---|
| 847 | Steven Michael Murphy, |
| 848 | Kenneth Robert Gordon, |
| 849 | Brandon William Liston, |
| 850 | Scott William Liston, |
| 851 | Stanley Goodin III, |
| 852 | J.G., a Minor Child, |
| 853 | Mohamad Kamal Akhtar, |
| 854 | Jennifer Akhtar, |
| 855 | Taylor Akhtar, |
| 856 | Samira Fathy, |
| 857 | Pervez Akhtar, |
| 858 | Jeffrey Lee Pickard, |
| 859 | Natasha Pickard, |
| 860 | Tyler Pickard, |
| 861 | E.P., a Minor Child, |
| 862 | D.P., a Minor Child, |
| 863 | P.P., a Minor Child, |
| 864 | William Jones IV, |
| 865 | Lisa Lynn Luzius, |
| 866 | William Jones III, |
| 867 | Jarrod Scott Hallman, |
| 868 | Erick Castro, |
| 869 | George Perez, |
| 870 | Hector Manuel Lopez, Jr., |
| 871 | Catherine Lopez, |
| 872 | Robert Valle, |
| 873 | E.L., a Minor Child, |
| 874 | Patricia Santana, |
| 875 | Hector M. Lopez, Sr., |
| 876 | Vivian Lopez, |
| 877 | Isaac Lopez, |
| 878 | Mark Anthony Hamblin, Jr., |
| 879 | M.H., a Minor Child, |
| 880 | Rene Ivan Gonzalez, Jr., |
| 881 | Yvette Gonzalez, |
| 882 | Toliver Eugene Noey, |
| 883 | T.G.N., a Minor Child, |
| 884 | Josephine Cuellar, |
| 885 | Michael Richard Drummond, |

886	Christopher Goddard Dunlap,
887	Robert Leroy Gertsch, Jr.,
888	Stephen Kent Ferguson,
889	Clotilde Joy Szelkowski,
890	Robert Eugene Ferguson,Jr.,
891	Owen Eugene Chismar II,
892	Bryan Edward Plum,
893	Bruce Leonard Morrow,
894	Bruce Leonard Morrow, Jr.,
895	Robert Thomas Wardzinski-Morrow,
896	Gemini Nichole Wardzinski-Morrow,
897	Manuel Figueroa,
898	J.C.F., a Minor Child,
899	Pak Son Figueroa,
900	Gilbert Figueroa,
901	Gilbert Figueroa, Jr.,
902	Timmy Figueroa,
903	Samuel Figueroa,
904	Christopher John Shima,
905	Christina Louise Shima,
906	A.G.S., a Minor Child,
907	Daryn James Swallow,
908	Jamie Lee Whitaker,
909	Timothy Padraic McKenzie,
910	Sara Jayne McKenzie,
911	Michael Thomas Behrens,
912	Taylor M. Behrens,
913	Hunter W. Behrens,
914	Caitlynn Behrens,
915	Kendyl Elizabeth Behrens,
916	Jefferson A. Behrens,
917	Adam Shaffer Barton,
918	T.B., a Minor Child,
919	Tammy Selvey-Brock,
920	Stephen Barton,
921	Eric Leon Horton,
922	Martin Anthony McClung II,
923	Janel Marie McClung,
924	M.A.M., a Minor Child,
925	Peggy Joyce McClung,
926	James McClung,
927	Christopher Jerid Rodriguez,
928	Benjamin Vernon Dolby,
929	Delores Arnold,
930	Abbigail Dolby,
931	Valerie Vickery,

Case 1:18-cv-07312-LDH-SJB   Document 15   Filed 01/17/19   Page 3 of 3 PageID #: 1293

| | |
|---|---|
| 932 | Vicki Dolby, |
| 933 | Vernon Dolby, |
| 934 | Estate of Jeremy James Fischer, |
| 935 | Sarah A. Wattier, |
| 936 | Harrison Manyoma, |
| 937 | Patrick Christopher Wickens, |
| 938 | Judy Lynn Wickens, |
| 939 | Larry Duane Wilson, Jr., |
| 940 | Allysa Brooke Wilson, |
| 941 | Travis Eugene Schneider, |
| 942 | Michael Andrew Hurd, Sr., |
| 943 | Mamta Hurd, |
| 944 | C.A.H., a Minor Child, |
| 945 | M.A.H., a Minor Child, |
| 946 | Karen Ann Clover |