IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
18-07312

**PLAINTIFFS' NAMES ENTERED 01/17/2019** [Third Set]

| | |
|---|---|
| 947 | Gerald Andrew Hurd, |
| 948 | John Derrick Flamer, |
| 949 | Thelma Flamer, |
| 950 | Derrick Lamar Flamer, |
| 951 | Kennard Williams, |
| 952 | Olivia J. Flamer, |
| 953 | Cherlyn F. Williams, |
| 954 | Reginald Boyd, |
| 955 | Daniel William Barron, |
| 956 | Ricky Allen Pata, |
| 957 | R.A.P., a Minor Child, |
| 958 | R.R.P., a Minor Child, |
| 959 | Daniel Jared Wilkerson, |
| 960 | Brandon Michael Parrott, |
| 961 | Terri L. Storms, |
| 962 | Donald M. Storms, |
| 963 | Justin Lance Camplin, |
| 964 | T.J.C., a Minor Child, |
| 965 | C.R.C., a Minor Child, |
| 966 | M.B.C., a Minor Child, |
| 967 | Mario L. Borrego, |
| 968 | William James Morden, |
| 969 | Richard Randall Hedgecock II, |
| 970 | Shaun Scott Chandler, |
| 971 | Juleonna Clarke Chandler, |
| 972 | Chester J. Rogers, |
| 973 | Justin Neil Cary, |
| 974 | Suzane Elizabeth Cary, |
| 975 | Brittannie Cox, |
| 976 | N.M., a Minor Child, |
| 977 | Sandra D. Cary, |
| 978 | Kimberly Marie Cary, |
| 979 | Alex Duncan Cary, |
| 980 | Audrey Cary Lange, |
| 981 | Michael Benavides, Jr., |
| 982 | Joseph Benavides, |
| 983 | I.M.B., a Minor Child, |
| 984 | Z.M.B., a Minor Child, |
| 985 | Linda Benavides, |

| | |
|---|---|
| 986 | Michael Benavides, |
| 987 | Daniel Benavides, |
| 988 | Devin Samuel Harvey, |
| 989 | Robert Steven Baughn, |
| 990 | Karly Ann Baughn, |
| 991 | Giovanni Alexander Avalos, |
| 992 | Maria Avalos, |
| 993 | J.A., a Minor Child, |
| 994 | Karl R. Simandl, |
| 995 | Alexander Restifo, |
| 996 | Nancy A. Restifo, |
| 997 | Salvatore A. Restifo, |
| 998 | Estate of Kenneth James Iwasinski, |
| 999 | Tracy Jean Taylor, |
| 1000 | Dominick Victor Iwasinski, |
| 1001 | Amanda Lynn Taylor, |
| 1002 | Michael Scott Erb, |
| 1003 | Joshua Divon Travis, |
| 1004 | M.D.T., a Minor Child, |
| 1005 | A.C.J., a Minor Child, |
| 1006 | D.R.G., a Minor Child, |
| 1007 | J.S.A., a Minor Child, |
| 1008 | Ronald Andre Sams, Sr., |
| 1009 | Matthew Lee Andreas, |
| 1010 | Philip Lee Childrey, |
| 1011 | Stephanie Childrey, |
| 1012 | Timothy Michael Hatch, |
| 1013 | Jeremy Edward Smith, |
| 1014 | Anthony John Ferris, |
| 1015 | Eric Eugene Rodriquez, |
| 1016 | John Fitzgerald Coleman, |
| 1017 | Franklyn Lee Doss, |
| 1018 | Juanita Doss, |
| 1019 | Thomas Matthew Brooks, |
| 1020 | Lynda L. Brooks, |
| 1021 | John Eldon Adamic, |
| 1022 | Estate of Justin William Hebert, |
| 1023 | Jessica Michele Hebert, |
| 1024 | Matthew Neil Bowman, |
| 1025 | M.E.B., a Minor Child, |
| 1026 | Nickolas Carl Stowman, |
| 1027 | Rayna L. Moncrief, |
| 1028 | Trey Norman Bailey, |
| 1029 | McKenzie Bailey, |
| 1030 | Jesse Britton Evans, |
| 1031 | Michael Gamble, |

| | |
|---|---|
| 1032 | Shirley Gamble, |
| 1033 | Christopher Brian Saunders, |
| 1034 | Cecelia Anne Saunders, |
| 1035 | Salvador Luis Loera, Jr., |
| 1036 | Monica E. Loera, |
| 1037 | Salvador Loera, Sr., |
| 1038 | Miguel Loera, |
| 1039 | Lori A. Loera, |
| 1040 | Carolyn V. Lee, |
| 1041 | Michael Wayne Christopherson, |
| 1042 | Luis Alfredo Ranero, |
| 1043 | Tommy Lee Fowler, |
| 1044 | Quante Maurice Eggleston, |
| 1045 | Tanya Merlon Diggs, |
| 1046 | Terra Simone Eggleston, |
| 1047 | Joshua Dale Coy, |
| 1048 | Michael John Sippel, |
| 1049 | Kelly Lynn Ottmar, |
| 1050 | M.J.S., a Minor Child, |
| 1051 | Marlene Marie Grana, |
| 1052 | John Patrick Sippel, |
| 1053 | Estate of Michael Egan, |
| 1054 | Maria Egan, |
| 1055 | S.D.E., a Minor Child, |
| 1056 | Estate of Adam Michael Malson, |
| 1057 | Debra Lynn Malson, |
| 1058 | Ben W. Malson, Jr., |
| 1059 | David Phillip Malson, |
| 1060 | Amy Malson Fly, |
| 1061 | Brian Thomas Skraba, |
| 1062 | Olein Nashan Tsinnijinnie, |
| 1063 | Ross Tsinnijinnie, |
| 1064 | Ranessa Tsinnijinnie, |
| 1065 | Sheldreann Tsinnijinnie, |
| 1066 | Shaleshia Tsinnijinnie, |
| 1067 | Rossieanne Tsinnijinnie, |
| 1068 | Abraham Martinez-Ayala, |
| 1069 | Lucina Martinez-Ayala |