IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
18-07312

**PLAINTIFFS' NAMES ENTERED 01/18/2019** [First Set]

| | |
|---|---|
| 1070 | Sebastian Solis-Perez, |
| 1071 | Jason Regester, |
| 1072 | Dean Michael Graham, |
| 1073 | Estate of Matthew Charles Henderson, |
| 1074 | Jaimie K. Egge, |
| 1075 | Owen L. Henderson, |
| 1076 | Joseph Andrew Talbert, |
| 1077 | Sean Patrick Reed, |
| 1078 | Derrick Deandre Hemphill, |
| 1079 | J.R.H., a Minor Child, |
| 1080 | Marilyn Marie Hemphill, |
| 1081 | Marlo Laundrea Lewis, |
| 1082 | Lester Latron Westbrooks, |
| 1083 | Marlon Marquet Washington, |
| 1084 | Lukeisha Diming, |
| 1085 | Thomas Anthony Henshall, Jr., |
| 1086 | Yesenia Henshall Perez, |
| 1087 | Danielle Bowen, |
| 1088 | Thomas A. Henshall, Sr., |
| 1089 | Brian David Gould, |
| 1090 | Robert Lee McCormick, |
| 1091 | April McCormick, |
| 1092 | Justin McCormick, |
| 1093 | Brittney McCormick, |
| 1094 | Mackenzie McCormick, |
| 1095 | Sheila McCormick, |
| 1096 | Timothy A. McCormick, |
| 1097 | Tim McCormick, |
| 1098 | Thomas A. McCormick, |
| 1099 | Matthew Dean Anderson, |
| 1100 | Joseph Michael Lowe, |
| 1101 | Steve Nuñez, Jr., |
| 1102 | Audrey O'Donnell, |
| 1103 | Dominic Franklin Moody, |
| 1104 | Dhuntha Shayre Wyatt, |
| 1105 | David Anthony Rosales, |
| 1106 | Amy Lynn Rosales, |
| 1107 | Madison Haley Rosales, |
| 1108 | Nicholas Bert Andrews, |

| | |
|---|---|
| 1109 | Kendrick Lee Dixon, |
| 1110 | KaDaivion LaTrell Dixon, |
| 1111 | Richard Dewayne Foster, |
| 1112 | Brandon Michael Foster, |
| 1113 | Matthew Ryan Foster, |
| 1114 | Robert Arthur Dixon, |
| 1115 | Brian Patrick Joyce, Jr., |
| 1116 | David Robert Wenzel |