IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
18-07312

**PLAINTIFFS' NAMES ENTERED 01/18/2019** [Second Set]

| | |
|---|---|
| 1117 | Andrew Scott Fayal, |
| 1118 | Daniel J. Erbe, |
| 1119 | Earlene E. Erbe, |
| 1120 | Brian J. Erbe, |
| 1121 | Elizabeth E. Erbe, |
| 1122 | Stephanie A. Erbe, |
| 1123 | Richard Alan Crawford, |
| 1124 | Antwon Lavante Childers, |
| 1125 | Christopher Max Heidling, |
| 1126 | Stanley C. Heidling, |
| 1127 | Terra Lorraine Rhoads, |
| 1128 | Anthony Termaine Plunkett, Sr., |
| 1129 | Z.L.P., a Minor Child, |
| 1130 | D.M.P., a Minor Child, |
| 1131 | Estate of Lea Robert Mills, |
| 1132 | Keesha Mills, |
| 1133 | Delores Mills, |
| 1134 | Robert Mills, |
| 1135 | Parker Mills, |
| 1136 | Jeremy Lee Ballard, |
| 1137 | Craig Steven Hall, |
| 1138 | D.H., a Minor Child, |
| 1139 | Andre Dewayne Joseph, |
| 1140 | Barbette Joseph, |
| 1141 | Qamar Joseph, |
| 1142 | Joey James Bramme, |
| 1143 | Daniel Euzeb Cowart, |
| 1144 | Sarah Earls-Cowart, |
| 1145 | A.R.C., a Minor Child, |
| 1146 | A.S.C., a Minor Child, |
| 1147 | Theresa L. Cowart, |
| 1148 | Clifford Cowart, |
| 1149 | Estate of Jason Brent Daniel, |
| 1150 | Linda May Daniel, |
| 1151 | Ramon Junior Bejarano, |
| 1152 | Alex Phongphachone, |
| 1153 | Lauren Macey Phongphachone, |
| 1154 | Ryan Michael Phongphachone, |
| 1155 | Jason WIlliam Rollison, |
| 1156 | Sharon Schinetha Stallworth, |

| | |
|---|---|
| 1157 | Estate of Scott Alexander McIntosh, |
| 1158 | Gwen C. McIntosh, |
| 1159 | Alexander G. McIntosh, |
| 1160 | Eric G. McIntosh, |
| 1161 | Juan Martinez Rubio, |
| 1162 | Joshua Kris Lutz, |
| 1163 | Luther Darrell Brown, |
| 1164 | Linda Faye Brown, |
| 1165 | Arthur Lee Brown, |
| 1166 | Matthew Laydell Brown, |
| 1167 | Aundrea Geronto Brown, |
| 1168 | Akeisha Brown McFadden, |
| 1169 | Justin Murray Crocker, |
| 1170 | Geordan Edward Ganka, |
| 1171 | Thomas Alan Ganka, |
| 1172 | Charles Thomas Ganka, |
| 1173 | Thomas Jared Ganka, |
| 1174 | Timothy Francis Grajko, |
| 1175 | Alaina Locurcio, |
| 1176 | Kathleen J. Grajko, |
| 1177 | Walter E. Grajko, |
| 1178 | Michael J. Grajko, |
| 1179 | Estate of Taylor Bradley Prazynski, |
| 1180 | Claudia Catherine Pierce, |
| 1181 | John Francis Prazynski, |
| 1182 | Carol Rose Prazynski, |
| 1183 | Ryan Andrew Blomer, |
| 1184 | Brian Michael Tanco, |
| 1185 | Mark Lee Fletcher, |
| 1186 | Christopher James Dunn, |
| 1187 | Sandy Dunn, |
| 1188 | Steve Dunn, |
| 1189 | Ronald Dean Stark II, |
| 1190 | Katie Stark, |
| 1191 | Douglas Arthur Stark, |
| 1192 | Elizabeth Graycerose Stark, |
| 1193 | A.D.S., a Minor Child, |
| 1194 | Steven Renald Peoples, |
| 1195 | Ajai Lashawn Peoples, |
| 1196 | A.K.P., a Minor Child, |
| 1197 | Jayla Danielle Peoples, |
| 1198 | Martrel Ja'quez Peoples, |
| 1199 | Estate of Matthew Joseph Vosbein, |
| 1200 | Lynda L. Vosbein, |
| 1201 | Connor Vosbein, |
| 1202 | John Vosbein, |

| | |
|---|---|
| 1203 | Brandon Jackson, |
| 1204 | Anna Williams, |
| 1205 | Tim Lingle, |
| 1206 | Jason Lingle, |
| 1207 | Timothy J.B. Lingle, |
| 1208 | Hagle Williams III, |
| 1209 | Chris Williams, |
| 1210 | Jeremy Lingle, |
| 1211 | Lucas Lingle, |
| 1212 | Hagle Williams, Jr, |
| 1213 | Gerard Louis Mennitto, |
| 1214 | C.L.M., a Minor Child, |
| 1215 | Jacquelyn Yusko, |
| 1216 | Troy Mennitto, |
| 1217 | Henry Jessie Brewer III, |
| 1218 | John Laurence Lawton, Jr., |
| 1219 | Arlene F. Lawton, |
| 1220 | Patricia Lynn Lawton, |
| 1221 | Jason Randy Smith, |
| 1222 | Matthew Carnell Beatty, |
| 1223 | Andrew James Green, |
| 1224 | Anne Christine Peel, |
| 1225 | Gillian Green, |
| 1226 | A.G., a Minor Child, |
| 1227 | Gregory Michael Pfaff, |
| 1228 | Arthur Lee Moye, |
| 1229 | Debra Blackmon Moye, |
| 1230 | Shayla Finklea-Pettway, |
| 1231 | Jade Moye Berrong, |
| 1232 | Eddie Mae Moye, |
| 1233 | Leo Patrick McKeon, |
| 1234 | Keith P. McKeon, |
| 1235 | Donald Evan Grzena, |
| 1236 | Robert Allen Mansfield, |
| 1237 | Alice Mansfield, |
| 1238 | Felicia Mansfield, |
| 1239 | Lionel A. Mansfield, |
| 1240 | Larry Fields, |
| 1241 | Sigurd Morris Mathisen, Jr., |
| 1242 | Sean Taylor Scruggs, |
| 1243 | Cheyenne Rose Scruggs, |
| 1244 | Cherokee Raine Scruggs |