IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
18-07312

**PLAINTIFFS' NAMES ENTERED 01/20/2019**

| | |
|---|---|
| 1245 | John Charles Scruggs, |
| 1246 | Sandra Dee Brice, |
| 1247 | Gail Lindley Fryer, |
| 1248 | Meshall Elaine Winnegan, |
| 1249 | Devin Winnegan, |
| 1250 | James Jackson, |
| 1251 | Jazmen Nicole Sampson, |
| 1252 | Ronald Q. Rice, |
| 1253 | Tyrone Adams, |
| 1254 | William Franklin Gunter, |
| 1255 | Dianne Gunter, |
| 1256 | Clifford Edward Gunter, |
| 1257 | Victoria Lee Gunter, |
| 1258 | Sara Moon, |
| 1259 | Patricia Sue Malpass, |
| 1260 | Peggy Ann Lewis, |
| 1261 | Michael Wayne Myers, |
| 1262 | James Edward Wright, |
| 1263 | Carmel Fitzgerald, |
| 1264 | Nora Ann Foutz, |
| 1265 | Matthew Wright, |
| 1266 | Michael Andre Darcy, |
| 1267 | Roosevelt Ross, Jr., |
| 1268 | Trinity G. Ross, |
| 1269 | Roosevelt Ross Sr., |
| 1270 | Darel Ross, |
| 1271 | Helen Ross, |
| 1272 | Deborah Barnett Ross, |
| 1273 | Ethel Ross Gowdy, |
| 1274 | Conilia Ross Yobo, |
| 1275 | John Henry Ross, |
| 1276 | Jemilia Ross Polius, |
| 1277 | Theresa Ross Jones, |
| 1278 | Syderia Rosate Ross, |
| 1279 | Estate of Steven Michael Packer, |
| 1280 | Robin Renee Davidson, |
| 1281 | Danielle Allyson Packer, |
| 1282 | Christopher David Packer, |
| 1283 | Zachary Tyler Davidson, |

| | |
|---|---|
| 1284 | Jason Nolan Davidson, |
| 1285 | Stuart Hunter McKenzie, |
| 1286 | Calise Ann Patterson, |
| 1287 | Colin Jade Darrow, |
| 1288 | Joshua Cody Birch, |
| 1289 | Heather M. Birch, |
| 1290 | Caryn M. Giroux, |
| 1291 | John R. Birch, Jr. |
| 1292 | Jarod L Birch, |
| 1293 | Judd W. Birch, |
| 1294 | Alfonso Geomar Matos Mesa, |
| 1295 | Polibia Matos, |
| 1296 | Fabian A. Matos, |
| 1297 | Alfonso Argenis Matos, |
| 1298 | Nicholas Tubbs, |
| 1299 | Vanessa Meredith, |
| 1300 | Troy Meredith, |
| 1301 | Samuel Sparks III, |
| 1302 | Cassandra Williams Sparks, |
| 1303 | Samuel Sparks IV, |
| 1304 | Brandon M. Williams, |
| 1305 | Douglas Sparks, |
| 1306 | Brenda Elaine Stephens, |
| 1307 | Pamela Sparks-Smith, |
| 1308 | Justin Roy Rojas, |
| 1309 | Amanda Rojas, |
| 1310 | Daniel Raye Duitsman, |
| 1311 | Michael Paul Savoie, |
| 1312 | Phillip Frederick McCotter, |
| 1313 | William Robert Ingram, |
| 1314 | W.J.I., a Minor Child, |
| 1315 | X.R.I., a Minor Child, |
| 1316 | Estate of Aubrey Dale Bell, |
| 1317 | Philandria Ezell, |
| 1318 | La'Darius Bernard Ezell, |
| 1319 | Tiffany Nicole Ezell, |
| 1320 | Kyser Ezell, |
| 1321 | D'zundria Ezell, |
| 1322 | Roxie Bell, |
| 1323 | Wesley Allen Gautreaux, |
| 1324 | Misael Nieto, |
| 1325 | J.N.1, a Minor Child, |
| 1326 | J.N.2, a Minor Child, |
| 1327 | Wesley J. Halleck, |
| 1328 | Ian M. Brown, |
| 1329 | Brendan W. Halleck, |

| | |
|---|---|
| 1330 | Kimberly Ann Brown, |
| 1331 | Charley D. Halleck, |
| 1332 | Floyd C. Peters, Jr., |
| 1333 | Christina Peters, |
| 1334 | Katlin Peters, |
| 1335 | Santana Marie Peters, |
| 1336 | G.P., a Minor Child, |
| 1337 | A.P., a Minor Child, |
| 1338 | Floyd Andrew Peters, |
| 1339 | Linda Peters, |
| 1340 | Floyd C. Peters, Sr., |
| 1341 | Joy White, |
| 1342 | Lisa Peters Smethurst, |
| 1343 | Disa Peters Clasen, |
| 1344 | Donald Daniel Grant, |
| 1345 | Beverly Grant, |
| 1346 | Brionna Denise Grant, |
| 1347 | John Paul Alvarez, |
| 1348 | Charles Edward Slacks, Jr., |
| 1349 | Scott Bronson Lyon, |
| 1350 | Olney Eugene Johnson, |
| 1351 | Jason Eric Bell, |
| 1352 | Steven Grant Gilboy, |
| 1353 | Tim Thomas Juliano, |
| 1354 | Brandon John Berhow-Goll, |
| 1355 | Jennifer Jean Berhow-Hanson, |
| 1356 | Kevin Douglas Hanson, |
| 1357 | Matthew Paul Schaffer, |
| 1358 | Lucia A. Schaffer, |
| 1359 | Amy Jo Finnegan, |
| 1360 | Estate of Armando V. Hernandez, |
| 1361 | Martha Hernandez, |
| 1362 | Delia Nava Loera, |
| 1363 | Raquel Sandoval, |
| 1364 | John James Dawdy, |
| 1365 | Pattie Ann Black, |
| 1366 | Michael John Black, |
| 1367 | Jennifer Nicole Burelsmith, |
| 1368 | Wendy Ann Law, |
| 1369 | Allen Lamar Pratt, |
| 1370 | Christopher Todd Hass, |
| 1371 | Matthew Gene Raul Mercado, |
| 1372 | K.M.M., a Minor Child, |
| 1373 | M.L.M., a Minor Child, |
| 1374 | Saundra Mercado, |
| 1375 | Raul Mercado, |

| | |
|---|---|
| 1376 | Paul Allen Jackson, |
| 1377 | Jason Barrett Carney, |
| 1378 | Alba Ryan Tanner, |
| 1379 | Barbara West, |
| 1380 | Tiffany Tanner-Pines, |
| 1381 | Scott J. West, |
| 1382 | Carl West, |
| 1383 | Edward James Terry, Sr., |
| 1384 | Glenndon Milton Terry, |
| 1385 | Edward James Terry, Jr., |
| 1386 | Peter Kevin Landsteiner, |
| 1387 | Florence L. Eichten-Landsteiner, |
| 1388 | Jacob Dakota Landsteiner, |
| 1389 | Jackson Cole Landsteiner, |
| 1390 | Wendell Donald Chavis, |
| 1391 | Carol Osbourne Phillips, |
| 1392 | Audrey A. Jackson, |
| 1393 | Desirra L. Banks, |
| 1394 | Shirley A. Chavis, |
| 1395 | Wendall D. Patterson, |
| 1396 | Sarah Louise Parker, |
| 1397 | Dawn Y. Chavis, |
| 1398 | Alphonso L. Chavis, |
| 1399 | Crystal N. Chavis, |
| 1400 | Wendall Chambers, |
| 1401 | Dorenda Brannon, |
| 1402 | Derrick Melton, |
| 1403 | Lorenzo Chambers, |
| 1404 | Lonnie Michael Fredrick Gorman, |
| 1405 | Cecilia A. Bernal, |
| 1406 | Carl Willie Oliver, |
| 1407 | Jade Loren Oliver, |
| 1408 | Timothy Demetrius Jordan, |
| 1409 | Carolyn Jordan, |
| 1410 | Chastity J. Jordan, |
| 1411 | Timeka Denise Tyler, |
| 1412 | Linda Rose Jordan, |
| 1413 | Denson Jordan, Sr., |
| 1414 | Denson Jordan, Jr., |
| 1415 | Monique Jordan, |
| 1416 | Samaria Jordan, |
| 1417 | Melanie Jordan Thomas, |
| 1418 | Donald Lee III, |
| 1419 | Jennie Lee, |
| 1420 | S.D.P.L., a Minor Child, |
| 1421 | Catherine N. Goble, |

| | |
|---|---|
| 1422 | Anna C. Lee, |
| 1423 | Ernesto Sierra, |
| 1424 | Maria Criselda Sierra, |
| 1425 | Kristina Lee Sierra, |
| 1426 | Cassandra Sierra, |
| 1427 | Rene Francisco Avendaño, Jr., |
| 1428 | Olinda Avendaño, |
| 1429 | Blanca Lee Avendaño, |
| 1430 | Rhonda Avendaño, |
| 1431 | Blake Colin Cole, |
| 1432 | Lynda Sue Murray, |
| 1433 | Greg Robert Cole, |
| 1434 | Tony Allen Covell, |
| 1435 | Brian Douglas King, |
| 1436 | Nathan Zachary King, |
| 1437 | Samantha Rose Wendland, |
| 1438 | Amanda Marie Wendland, |
| 1439 | Yvette Renee Rennaker, |
| 1440 | Kevin Michael Doherty, Sr., |
| 1441 | Cheryl Lee Doherty, |
| 1442 | Kevin Michael Doherty, Jr., |
| 1443 | Nicholas Dean Lamica, |
| 1444 | Theodore Edward Sill, |
| 1445 | Travis James Lamica, |
| 1446 | Liane Lamica, |
| 1447 | Melissa Lynn Doherty, |
| 1448 | David Michael Simms, |
| 1449 | Alexis B. Riley, |
| 1450 | Jeffrey Christopher Harper, Jr., |
| 1451 | Endi Cisneros Herrera, |
| 1452 | Cory Lee Thomas, |
| 1453 | N.A.T., a Minor Child, |
| 1454 | A.L.T., a Minor Child, |
| 1455 | Matthew McIvor, |
| 1456 | Jacob Richard DeVries, |
| 1457 | Susan M. Moulton, |
| 1458 | Jerry L. DeVries, |
| 1459 | Rigoberto Lopez Garcia, |
| 1460 | Manuel Roman, |
| 1461 | Aracellys Jasmin Roman, |
| 1462 | Thalia Yarie Roman, |
| 1463 | Jamilex Yali Roman, |
| 1464 | Estrella Roman Padilla, |
| 1465 | Manuel Roman, Sr., |
| 1466 | Maria Christina Murphy, |
| 1467 | Marco Anthony Roman, |

| | |
|---|---|
| 1468 | Jeffery Harmon, |
| 1469 | Jacob P. David, |
| 1470 | Anthony Francis Demattia, |
| 1471 | Abram William Marvin, |
| 1472 | Israel Gonzalez Arevalo, |
| 1473 | Alicia Gonzalez, |
| 1474 | Jesus Gonzalez Plascencia, |
| 1475 | Ricardo Gonzalez, |
| 1476 | Joshua Michael Krueger, |
| 1477 | Jill Katherine Krueger, |
| 1478 | Karen Jean Krueger, |
| 1479 | Michael Wayne Krueger, |
| 1480 | Don Anthony Walls, |
| 1481 | Daysha Shalee Walls, |
| 1482 | Yun Hui Miyamura, |
| 1483 | Sylvester Walls, |
| 1484 | Dorthy L. Mack, |
| 1485 | Douglas Mack, |
| 1486 | Matthew Slate Haeger, |
| 1487 | Estate of Bryan Luckey, |
| 1488 | Catherine Makimay Luckey, |
| 1489 | Paula Hutton Luckey, |
| 1490 | Patrick Bryan Luckey, |
| 1491 | Joshua C. Luckey, |
| 1492 | Matthew Luckey, |
| 1493 | Jason Peter Schauble, |
| 1494 | James Ryan McPherson, |
| 1495 | Janice B. Rose, |
| 1496 | John L. Parcell, |
| 1497 | Kyla Parcell, |
| 1498 | John R. Parcell, |
| 1499 | Jodi L. Parcell, |
| 1500 | Sergio Daniel Lopez, |
| 1501 | S.C.L., a Minor Child, |
| 1502 | Estate of Dale Alan Burger, Jr., |
| 1503 | Martina Catherine Burger, |
| 1504 | Jennifer Christine Burger, |
| 1505 | Rachel Elizabeth Burger, |
| 1506 | Jason Bradley Finch, |
| 1507 | Elizabeth Mary Finch |