IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
18-07312

**PLAINTIFFS' NAMES ENTERED 01/21/2019** [First Set]

| | |
|---|---|
| 1508 | Bradley Louis Finch, |
| 1509 | Kenneth Christian Anderson, |
| 1510 | Collen Matthew West, |
| 1511 | Carla West, |
| 1512 | Tim West, |
| 1513 | Brenden West, |
| 1514 | Allison West-Southern, |
| 1515 | Kiera Paul, |
| 1516 | Mike Sweeney, |
| 1517 | Estate of Jordan William Bowling, Jr., |
| 1518 | D.B., a Minor Child, |
| 1519 | J.B., a Minor Child, |
| 1520 | Ronda Melton, |
| 1521 | Jordan W. Bowling, Sr., |
| 1522 | Shelley Lynn Abbott, |
| 1523 | Estate of Patrick Marc M. Rapicault, |
| 1524 | Vera Rapicault, |
| 1525 | Nicole Rapicault, |
| 1526 | Charles Lee Storlie, |
| 1527 | Marian Leigh Tise, |
| 1528 | Chadwick William Storlie, |
| 1529 | Richard Nels Storlie, |
| 1530 | Jordan Antoniazzo Madonna Jonju, |
| 1531 | Ray Leonard Lopez, |
| 1532 | Sierra M. Vasquez, |
| 1533 | Cassandra M. Nunez, |
| 1534 | Susanne M. Lopez, |
| 1535 | Sonia M. Lopez, |
| 1536 | John R. Stanley, |
| 1537 | Rebecca Vasquez, |
| 1538 | Tyler David Neumeister, |
| 1539 | Elyse Fink, |
| 1540 | Kimberlee Morgan Hinkley, |
| 1541 | Shoshone Nadene Boudreau, |
| 1542 | Enrique Linan, Jr., |
| 1543 | Blair Ellis Dell, |
| 1544 | Candus Angel Dell, |
| 1545 | V.J.D., a Minor Child, |
| 1546 | Shane Michael Pitts, |

| | |
|---|---|
| 1547 | Virginia Summer, |
| 1548 | Matthew Paul Dalrymple, |
| 1549 | Michael Rafael Hernando, |
| 1550 | Bryant Joshua Schiltz, |
| 1551 | Andre Leonard Maison, |
| 1552 | Derrick Adam Anthony, |
| 1553 | Frances Elizabeth Anthony, |
| 1554 | Daniel Alan Anthony, |
| 1555 | Adam Nathan Fleury, |
| 1556 | Francis Martin Hurd, |
| 1557 | Shermandre Wesley Jackson, |
| 1558 | John Juju Williams, |
| 1559 | Chiquita S. Williams, |
| 1560 | D.I.W., a Minor Child, |
| 1561 | Steven Andrew May, |
| 1562 | Shane Kevin Housmans, |
| 1563 | Nicole M. Housmans, |
| 1564 | C.F.H., a Minor Child, |
| 1565 | Jeremiah Keohane Leibrandt, |
| 1566 | Bill Hudson Gross II, |
| 1567 | Toney Maurice Thompson, |
| 1568 | John Richard Chao, |
| 1569 | Robert Anthony Pedreiro, |
| 1570 | Martin J. Gonzalez, |
| 1571 | Betty J. Gonzalez, |
| 1572 | Tomas Rivera Gonzalez, |
| 1573 | Vutha Eang, |
| 1574 | David Glenn McKenzie, Sr., |
| 1575 | David Glenn McKenzie, Jr., |
| 1576 | Donna LaGina Reid, |
| 1577 | Pearl Jean McKenzie, |
| 1578 | Rosemary Middleton, |
| 1579 | Lisa Jean Crowder, |
| 1580 | Ian Reeser, |
| 1581 | Ryan Patrick Clements, |
| 1582 | Robin Clements, |
| 1583 | Nicholas Negralle, |