IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
18-07312

**PLAINTIFFS' NAMES ENTERED 01/21/2019** [Second Set]

| | |
|---|---|
| 1584 | Peter Negralle, |
| 1585 | C.C., a Minor Child, |
| 1586 | Diane L. Clements, |
| 1587 | Patrick L. Clements, |
| 1588 | Lucas Clements, |
| 1589 | Michael LaMoyne Burns, |
| 1590 | Robyn Jeanne Burns, |
| 1591 | Michaela Nicole Burns, |
| 1592 | P.M.B., a Minor Child, |
| 1593 | Ashley Mariah Burns, |
| 1594 | Madisson Rose Burns, |
| 1595 | Roger Franklin Graves, |
| 1596 | Steven Michael Paddison, |
| 1597 | Travis Paddison, |
| 1598 | Emily Lynn Paddison, |
| 1599 | Eileen Vivian Paddison, |
| 1600 | James W. Paddison, |
| 1601 | Jennifer J. Lewis, |
| 1602 | Karen Louise Burr, |
| 1603 | Russell J. Paddison, |
| 1604 | Luke Peter Harvey, |
| 1605 | L.K.K., a Minor Child, |
| 1606 | Susan A. Harvey, |
| 1607 | John K. Harvey, |
| 1608 | Erik Douglas Johnson, |
| 1609 | Martin Christopher Jones, |
| 1610 | Melissa Jones, |
| 1611 | Morgan Jones, |
| 1612 | Beverly Jones, |
| 1613 | Jimi McMahon, |
| 1614 | D.J.M., a Minor Child, |
| 1615 | S M.M., a Minor Child, |
| 1616 | Ryan Earl Gwaltney, |
| 1617 | Holly Ann Mrozinski, |
| 1618 | Timothy Earl Gwaltney, |
| 1619 | Christopher Joseph Mrozinski, |
| 1620 | Timothy Jacob Gwaltney, |
| 1621 | A.M., a Minor Child, |
| 1622 | Nathan Allen Rolens, |
| 1623 | Erwin David Saddi, |

| | |
|---|---|
| 1624 | Sheila Saddi, |
| 1625 | S.M.S.1, a Minor Child, |
| 1626 | S.M.S.2, a Minor Child, |
| 1627 | S.F.S., a Minor Child, |
| 1628 | Jonathan Chance Thomas, |
| 1629 | Frieda Stephanie Melton, |
| 1630 | John Burk Thomas, |
| 1631 | Jack Ryan Wilkerson, |
| 1632 | Jessie Melton Morgan, |
| 1633 | Ashley Thomas Gibson, |
| 1634 | Nickie Marie Velez, |
| 1635 | Estate of Jose A. Velez, |
| 1636 | Monica Velez, |
| 1637 | Beau Anthony Mattioda, |
| 1638 | Kevin A. Madachik, |
| 1639 | Alfreda Irene Madachik, |
| 1640 | Thomas John Madachik, |
| 1641 | Lauren C. Madachik, |
| 1642 | Stephen Madachik, |
| 1643 | Jared Fulton Brown, |
| 1644 | Brian George Thurmond, |
| 1645 | Mary Barwick, |
| 1646 | George Thurmond, |
| 1647 | Jennifer Coalson, |
| 1648 | John Wesley Urquhart, |
| 1649 | Catherine Elizabeth Urquhart, |
| 1650 | Garland Wesley Urquhart, |
| 1651 | Christina Wilkerson, |
| 1652 | Caroline Urquhart, |
| 1653 | Mary Elizabeth Urquhart, |
| 1654 | Virginia Urquhart, |
| 1655 | Daniel James Griego, |
| 1656 | Amy Griego |