IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
18-07312

**PLAINTIFFS' NAMES ENTERED 01/21/2019** [Third Set]

| | |
|---|---|
| 1657 | Priscilla Griego, |
| 1658 | Noah James Griego, |
| 1659 | Lena Parker, |
| 1660 | Cynthia Leonard, |
| 1661 | Fred Griego, |
| 1662 | Nicholas Anthony West, |
| 1663 | Christine West, |
| 1664 | Estate of Derrick Joshua Cothran, |
| 1665 | Elena Martinez Cothran, |
| 1666 | Theodore Michael Cothran, Sr., |
| 1667 | Theodore Michael Cothran, Jr., |
| 1668 | Antoinette Cothran Hebert, |
| 1669 | Joel K. Gorbutt, |
| 1670 | Gregory P. Blincoe, |
| 1671 | Carrie Blincoe, |
| 1672 | Z.B., a Minor Child, |
| 1673 | Connie Argier, |
| 1674 | William Joseph Puopolo, |
| 1675 | Stephanie Marie Puopolo, |
| 1676 | John Ioannis Ouzounidis, |
| 1677 | Ronald Paul McLane, |
| 1678 | Candie Nicole Reed-McLane, |
| 1679 | J.P.M., a Minor Child, |
| 1680 | William Enriquez Santos, Jr., |
| 1681 | Bradley Scott Shadden, |
| 1682 | Matthew Paul Uken, |
| 1683 | Jason Edward Mikolajcik, |
| 1684 | Timothy George Brandon Svejda, |
| 1685 | Victoria C. Levsen, |
| 1686 | Daniel Williams, |
| 1687 | David Andrew Holley, |
| 1688 | Teri Tarantino, |
| 1689 | Nelson Antonio Martinezflores, |
| 1690 | Shawn David Spitzer, |
| 1691 | Philip Ryan Trimble, |
| 1692 | Janet M. Schoonover, |
| 1693 | Andrew L. Trimble, |
| 1694 | Richard Oren Trimble, |
| 1695 | Charlotte Rae Teetsel, |

| | |
|---|---|
| 1696 | Kayeleen Anne Luloff, |
| 1697 | LaDonna Renee Langstraat, |
| 1698 | John A. Trimble, |
| 1699 | Joel Benjamin Damin, |
| 1700 | R.E.D., a Minor Child, |
| 1701 | Rebecca S. Damin-Moss, |
| 1702 | Alexander Rodriguez Bryant, |
| 1703 | John Michael Drnek, |
| 1704 | Tina M. Drnek, |
| 1705 | Chris M. Drnek, |
| 1706 | Kelly N. Snyder, |
| 1707 | John Daniel Shannon, |
| 1708 | Torrey Lisa Shannon, |
| 1709 | Dominick Paul Shannon, |
| 1710 | Talon Dakota Shannon, |
| 1711 | D.R.S., a Minor Child, |
| 1712 | Estate of Eric Wayne Morris, |
| 1713 | Jolene Ellen Morris, |
| 1714 | Chyan N. Jache, |
| 1715 | Chyna M. Jache, |
| 1716 | Anthony Lee Miele, |
| 1717 | Simon Peter Flarity, |
| 1718 | James Ryan Mobley, |
| 1719 | Bryon Maurice Slay, |
| 1720 | Akos Slay, |
| 1721 | B.D.B.S., a Minor Child, |
| 1722 | Sharon Slay Dubose, |
| 1723 | Wilbert Dubose, |
| 1724 | Jerrell Slay, |
| 1725 | Ryan David Sawyer, |
| 1726 | Laura Sawyer, |
| 1727 | Monaca Louise Gilmore, |
| 1728 | M.L.G., a Minor Child, |
| 1729 | T.M.G., a Minor Child, |
| 1730 | Maria Pettis, |
| 1731 | Darryl Owen Dotson, Jr., |
| 1732 | Simon Miguel Garcia, |
| 1733 | Alicia R. Garcia, |
| 1734 | Ryan Christopher Saurs, |
| 1735 | James Thomas Olson, |
| 1736 | Estate of Abraham Simpson, |
| 1737 | Maria Luz Simpson, |
| 1738 | James T. Simpson, |
| 1739 | David Simpson, |
| 1740 | Paul Simpson, |
| 1741 | Shane Fitzsimmons, |

| | |
|---|---|
| 1742 | John Fitzsimmons, |
| 1743 | Kaitlyn Martinez, |
| 1744 | David Karl Lind, |
| 1745 | David A. Lind, |
| 1746 | Catherine Jackman, |
| 1747 | Michael Lind |