# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK
# 18-07312

**PLAINTIFFS' NAMES ENTERED 01/22/2019**

| | |
|---|---|
| 1748 | Bradley Joseph Lind, |
| 1749 | Mario Dontae Whitaker, Sr., |
| 1750 | Jorge Alexander Roman, |
| 1751 | Diana Canales, |
| 1752 | Gabriel Martinez, |
| 1753 | Rocky Martinez, |
| 1754 | Bryan Daniel Escobedo, |
| 1755 | Joss Wade Purdon, |
| 1756 | Shawna Purdon, |
| 1757 | Austin Purdon, |
| 1758 | Jacob Purdon, |
| 1759 | Denver Wesley Houck, Jr., |
| 1760 | Jennifer Houck, |
| 1761 | L.A.H., a Minor Child, |
| 1762 | Polly Houck, |
| 1763 | Brian Eldon Williams, |
| 1764 | Kimberly Kaye Williams, |
| 1765 | Steven Eldon Williams, |
| 1766 | Colby Allan Williams, |
| 1767 | Dominic Angel Franco, |
| 1768 | Yicenia Felo-Franco, |
| 1769 | X.F., a Minor Child, |
| 1770 | Valerie Peterson, |
| 1771 | Steve Peterson, |
| 1772 | Matthew Joseph Solberg, |
| 1773 | Laurie Hebbe, |
| 1774 | Roger Hebbe, |
| 1775 | Sam Hebbe, |
| 1776 | Jacob Hebbe, |
| 1777 | Bradley Charlson, |
| 1778 | Tania Mahinda, |
| 1779 | Nicole Charlson, |
| 1780 | Jesus Alvarez Garcia, |
| 1781 | Derek David McGinnis, |
| 1782 | Andrea Michelle McGinnis, |
| 1783 | Donnell Drail Nelson II, |
| 1784 | Troy James Tuschel, |
| 1785 | Daniel Dennis Ibach, |
| 1786 | Mary Ann Ibach, |

| | |
|---|---|
| 1787 | Dennis Burnell Ibach, |
| 1788 | Brian John Johnson, |
| 1789 | Timothy John Johnson, |
| 1790 | Arthur Louis Tompkins, |
| 1791 | Estate of Brenton Thomas Gray, |
| 1792 | Courtnay Scott Gray, |
| 1793 | C.S.G., a Minor Child, |
| 1794 | Gary Jaromir Ruc, |
| 1795 | Xenie Hladik, |
| 1796 | Eddie Michael Abbey, |
| 1797 | Estate of Jonathan Williams Bowling, |
| 1798 | Robin Bowling Feron, |
| 1799 | Darrell Connor Bowling, |
| 1800 | Brooke Elizabeth Wexler, |
| 1801 | Ashley Bowling Nogueira, |
| 1802 | Andre Cornelious Moye, |
| 1803 | Antonio Jose Mora, |
| 1804 | A.R.M., a Minor Child, |
| 1805 | Francis M. Lovato, |
| 1806 | Clinton Deward Durham, |
| 1807 | D.N.D., a Minor Child, |
| 1808 | Doris Martin, |
| 1809 | Clinton Durham, Sr., |
| 1810 | Clinton Durham, Jr., |
| 1811 | Troy Smith, |
| 1812 | Carrittee Michelle Smith, |
| 1813 | Sabrina Durham, |
| 1814 | Sheila Durham, |
| 1815 | Jackson Enrique Luna, |
| 1816 | J.A.L., a Minor Child, |
| 1817 | S.G.L., a Minor Child, |
| 1818 | Nancy Ballestas, |
| 1819 | Ana Gregoria Amoros, |
| 1820 | John Michael Brashear, |
| 1821 | Joseph Joaquin Tellez, |