# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK
# 18-07312

**PLAINTIFFS' NAMES ENTERED 01/24/2019**

| | |
|---|---|
| 1822 | Isabel G. Tellez, |
| 1823 | Richard A. Tellez, |
| 1824 | Sadie S. Lafromboise, |
| 1825 | Leonard Bert Sloan, |
| 1826 | Maria L. Sloan, |
| 1827 | Leonard J. Sloan, |
| 1828 | Luis Humberto Gutierrez, Jr., |
| 1829 | Diana Gutierrez, |
| 1830 | L.A.D., a Minor Child, |
| 1831 | Robert Joseph D'Agostino, |
| 1832 | Scott Wade Fritz, |
| 1833 | Kristen J. Fritz, |
| 1834 | Thomas Lockwood Johnson, |
| 1835 | Vaitogi Sani Taetuli, |
| 1836 | Leticia Taetuli, |
| 1837 | Cassandra Martinez, |
| 1838 | Marisol Ojeda, |
| 1839 | Roland Casso, |
| 1840 | Taetuli Sani, |
| 1841 | Like Sani Vili, |
| 1842 | Craig Scott Sotebeer, |
| 1843 | Maria Catherine Sotebeer, |
| 1844 | Jose Miguel Jauregui, |
| 1845 | Griselda Jauregui, |
| 1846 | Jose Jauregui, |
| 1847 | Josefina Jauregui, |
| 1848 | Alfredo Jauregui, |
| 1849 | Lucio Jauregui, |
| 1850 | Ronny Porta, |
| 1851 | Rene Eva Porta, |
| 1852 | Felix A. Porta, |
| 1853 | Natali Porta, |
| 1854 | Octavio Sanchez, |
| 1855 | Vanette C. Sanchez, |
| 1856 | Jacob Andrew Sanchez, |
| 1857 | Octavio Manuel Sanchez, |
| 1858 | J.S., a Minor Child, |
| 1859 | Gary David Moran, |
| 1860 | Annette C. Moran, |
| 1861 | G.D.M., a Minor Child, |

| | |
|---|---|
| 1862 | Savannah K. Dismuke-Moran, |
| 1863 | Eric G. Moran, |
| 1864 | Ericka T. Moran -Bacordo, |
| 1865 | Alan Charles Jones, |
| 1866 | Patricia Ann Jones, |
| 1867 | Sarah P. Jones, |
| 1868 | James Alan Bell, |
| 1869 | Linda S. Bell, |
| 1870 | David Craig, |
| 1871 | Jon G. Bell, |
| 1872 | Estate of Randy Lee Stevens, |
| 1873 | David L. Stevens, |
| 1874 | Connie West, |
| 1875 | Jacob Lee Maxwell, |
| 1876 | Gina Lee Stevens, |
| 1877 | Estate of Robert William Briggs, |
| 1878 | Michelle L. Briggs, |
| 1879 | C.A.B., a Minor Child, |
| 1880 | Ashlea Gabrielle Tadlock, |
| 1881 | Terry Lynn McElwain, |
| 1882 | Julia Dantong McElwain, |
| 1883 | S.M., a Minor Child, |
| 1884 | R.M., a Minor Child, |
| 1885 | Eleanor E. McElwain, |
| 1886 | Tracy Rosario, |
| 1887 | Angel Michelle Hughes, |
| 1888 | Travis McElwain, |
| 1889 | James S. McElwain, |
| 1890 | Anthony George Bruce, |
| 1891 | Joshua Matthew Bower, |
| 1892 | Jeffery Shane Redman, |
| 1893 | Estate of Joshua Allen Ward, |
| 1894 | Patricia Irene Ward, |
| 1895 | Jace Alric Badia, |
| 1896 | K.R.B., a Minor Child, |