IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
18-07312

**PLAINTIFFS' NAMES ENTERED 01/25/2019**

| | |
|---|---|
| 1897 | Kyle Lee Welch, |
| 1898 | Kevin Daniel Snow, |
| 1899 | Adrienne Snow, |
| 1900 | N.A.P.S., a Minor Child, |
| 1901 | G.L.A.S., a Minor Child, |
| 1902 | Jasmyne H. Arquiett, |
| 1903 | Phillip Christopher Bailey, |
| 1904 | Timothy Bailey, |
| 1905 | Jason Minter, |
| 1906 | Jason Kelly Washburn, |
| 1907 | Colin Alfred Benjamin Anderson, |
| 1908 | Elizabeth Anderson, |
| 1909 | Jane Anderson, |
| 1910 | Karl Anderson, |
| 1911 | Kristi Bao, |
| 1912 | Heidi Martinez, |
| 1913 | Laurie Anderson, |
| 1914 | Robert Joseph Barthel, |
| 1915 | D.N.B., a Minor Child, |
| 1916 | T.M.B., a Minor Child, |
| 1917 | A.A.B., a Minor Child, |
| 1918 | Estate of Gwilym Joseph Newman, |
| 1919 | Samantha L.N. Tjaden, |
| 1920 | G.A.N., a Minor Child, |
| 1921 | Christine A. Curtis, |
| 1922 | Brittany M. Greene, |
| 1923 | Patrick D. Newman, |
| 1924 | Tyler James Martin, |
| 1925 | Chad Richard Bangerter, |
| 1926 | Kristi Ann Bangerter, |
| 1927 | Mason Chad Bangerter, |
| 1928 | Trevor Reed Smith, |
| 1929 | Joe Sanchez, Jr., |
| 1930 | Cindy Jo Sanchez, |
| 1931 | Sandy Jo Molina, |
| 1932 | ArthurWayne D'Amato, |
| 1933 | Rory Hamilton Compton, |
| 1934 | Ruth Elizabeth Compton, |
| 1935 | Lynette Marie Cooper, |

1936       Todd Duane Cooper,