## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK
## 18-07312

**PLAINTIFFS' NAMES ENTERED 01/28/2019**

| | |
|---|---|
| 1937 | Curtis Joseph Mighaccio, |
| 1938 | Gunhild Mighaccio, |
| 1939 | Martin Mighaccio, |
| 1940 | Justin Andrew Boswood, |
| 1941 | Carrie L. Boswood, |
| 1942 | Estate of James David Blankenbecler, |
| 1943 | Linnie Alma Blankenbecler, |
| 1944 | Joseph Alexander Morales, |
| 1945 | Jessica Marie Scaduto, |
| 1946 | Amanda Marie Villalobos, |
| 1947 | Michael Anthony Mendoza, |
| 1948 | Kelly Mendoza, |
| 1949 | S.M.M., a Minor Child, |
| 1950 | Gerardo Contreras, |
| 1951 | Jose Luis Contreras, Sr., |
| 1952 | Jose Luis Contreras, Jr., |
| 1953 | Elizabeth Contreras, |
| 1954 | Nelly Viveros, |
| 1955 | Danny Tram, |
| 1956 | James Michael Geiger III, |
| 1957 | Patricia L. Geiger, |
| 1958 | James M. Geiger, Jr., |
| 1959 | Elizabeth E. Geiger, |
| 1960 | Joshua H. Geiger, |
| 1961 | Kevin Bradley Olech, |
| 1962 | Johnny Jefferson Crain, |
| 1963 | Tonja Davenport, |
| 1964 | Darby Jane Crain, |
| 1965 | John Sawyer Crain, |
| 1966 | Amaris Brook Crain, |
| 1967 | Wilma Jane Kidd, |
| 1968 | Justin Hullett, |
| 1969 | Georgina Elaine Gordon, |
| 1970 | Ronnie Hullett, |
| 1971 | Joey Adam Hullett, |
| 1972 | Robbie Jay Hullett, |
| 1973 | Kelsey Noel Adams, |

*January 28, 2019* \

1974	Estate of Christian Anthony Saracho Garcia,
1975	Angela M. Garcia,
1976	Christopher Satterfield,
1977	Joel Hernandez,
1978	Victoria Hernandez,
1979	K.M.G., a Minor Child,
1980	K.R.G., a Minor Child,
1981	Terry Leon Steward,
1982	Darlene Morgan-Steward,
1983	Larry Dwain Griffis,
1984	Anthony William Green,
1985	Joan M. Green,
1986	Michael T. Green,
1987	Matthew T. Green,

*January 28, 2019 \\*