IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
18-07312

**PLAINTIFFS' NAMES ENTERED 01/28/2019** (Second Set)

| | |
|---|---|
| 1988 | Sigifredo Apodaca, |
| 1989 | Vanita Apodaca, |
| 1990 | Manuel Apodaca, |
| 1991 | Saul Apodaca, |
| 1992 | Debra Apodaca, |
| 1993 | Alexia Felix, |
| 1994 | Rex Donald Laceby, |
| 1995 | Tyler R. Laceby, |
| 1996 | Dolores Schaffer, |
| 1997 | Donald S. Laceby, |
| 1998 | Estate of Sascha Grenner-Case, |
| 1999 | Karen K. Grenner-Case, |
| 2000 | Myra R. Bardo, |
| 2001 | Troy A. Grenner-Case, |
| 2002 | Samuel Williams, |
| 2003 | Derek Benjamin Kolb, |
| 2004 | Robert Allen Leatherwood, Jr., |
| 2005 | Debbie Lee Zenk, |
| 2006 | Robert Allen Leatherwood, Sr., |
| 2007 | Wendy Deanne Leatherwood, |
| 2008 | Kenneth Wayne Leatherwood, |
| 2009 | Kenneth Clayton Ronald Wilhelm, |
| 2010 | Stacey Brooke Leatherwood, |
| 2011 | Lindsay Deanne Reyes, |
| 2012 | Estate of James Heath Pirtle, |
| 2013 | Ursula Youngerman Pirtle, |
| 2014 | Shane Kaniela Youngerman, |
| 2015 | Kai Samuel Youngerman, |
| 2016 | Kay Lynn Beeman |

*January 28, 2019* \