# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK
### 18-07312

**PLAINTIFFS' NAMES ENTERED 01/28/2019** (Third Set)

| | |
|---|---|
| 2017 | Lannie Doyle Pirtle, |
| 2018 | Houston Ty Pirtle, |
| 2019 | Jarrod Matthew Pirtle, |
| 2020 | Ranger Ira Pirtle, |
| 2021 | Bernabe Carrell Montejano, |
| 2022 | Faith Montejano, |
| 2023 | Sarah M. Humphrey, |
| 2024 | Kristopher Harry Quintana, |
| 2025 | Esther Scaman, |
| 2026 | John W. Scaman, |
| 2027 | Justin W. Scaman, |
| 2028 | Cassie Quintana Vasquez, |
| 2029 | Andrew Howard Rothman, |
| 2030 | Matthew Grant Haviland, |
| 2031 | Nicholas Hamilton Kyle, |
| 2032 | Michael Raymond Kyle, |
| 2033 | Estate of Ricky Salas, Jr., |
| 2034 | April Baca-Salas, |
| 2035 | Jo.R.S., a Minor Child, |
| 2036 | Ja.R.S., a Minor Child, |
| 2037 | Brenda Sue Robertson, |
| 2038 | Roger Salas, |
| 2039 | Daniel Salas, |
| 2040 | Randy Salas, |
| 2041 | Melissa Gutierrez, |
| 2042 | David Joseph Bicknell, |
| 2043 | Patricia Bicknell, |
| 2044 | Richard Bicknell, |
| 2045 | Lauren Bicknell, |
| 2046 | Garrett Michael Marsh, |
| 2047 | Brian Patrick McPherson, |
| 2048 | Estate of Eddie Eugene Menyweather, |
| 2049 | Veronica M. Menyweather, |
| 2050 | Eddie E. Menyweather, Jr., |
| 2051 | Gynia M. Menyweather, |
| 2052 | Molivere M. Menyweather, |
| 2053 | Eddie E. Edwards, |