IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
18-07312

**PLAINTIFFS' NAMES ENTERED 01/29/2019**

| | |
|---|---|
| 2054 | Alfred D. Menyweather, |
| 2055 | Gary A. Menyweather, |
| 2056 | Linda E. Menyweather, |
| 2057 | Katherine L. Lawler, |
| 2058 | Stephanie M. Menyweather, |
| 2059 | Dorothy M. Menyweather, |
| 2060 | Sharon D. Menyweather, |
| 2061 | Lillie R. Menyweather, |
| 2062 | Billie Joyce Edwards, |
| 2063 | LaTonya R. Edwards, |
| 2064 | Eddie E. Edwards, Jr., |
| 2065 | Sharon D. Edwards, |
| 2066 | Shontae T. Edwards, |
| 2067 | Martaveon C. Edwards, |
| 2068 | Todd Edward Winn, |
| 2069 | Linda Lorraine Winn, |
| 2070 | Allison Lorraine Wharton, |
| 2071 | Samuel James Mortimer, |
| 2072 | Kristine Mortimer, |
| 2073 | Kevin Dale Miller, |
| 2074 | LaDonna Sue Miller, |
| 2075 | Ronnie Dale Miller, |
| 2076 | Keith Edward Rogers, |
| 2077 | Estate of John David Fry, |
| 2078 | Malia Fry, |
| 2079 | C.L.F., a Minor Child, |
| 2080 | Kathryn Fry, |
| 2081 | Gideon Fry, |
| 2082 | Charles Fry, |
| 2083 | Melissa Inman, |
| 2084 | Laura Pricer, |
| 2085 | Jacob Andrew Miller, |
| 2086 | Rachel Amber Miller |
| 2087 | Lafonda Miller, |
| 2088 | Lyle Miller, |
| 2089 | Zachary Miller |