IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
18-07312

**PLAINTIFFS' NAMES ENTERED 01/29/2019** (Second Set)

| | |
|---|---|
| 2090 | DeShawn David Turner, |
| 2091 | Anita A. Turner, |
| 2092 | Estate of Cody Clark Grater, |
| 2093 | Anita D. Lewis, |
| 2094 | Daniel Leonard Poulsen, |
| 2095 | Cindy Baier, |
| 2096 | Allen Baier, |
| 2097 | Erik Poulsen, |
| 2098 | Brian Poulsen, |
| 2099 | Bradley Arnold Blazek, |
| 2100 | Terri Machelle Blazek, |
| 2101 | Estate of Adam J. Kohlhaas, |
| 2102 | Henry Kohlhaas, |
| 2103 | Paula Kohlhaas Miller, |
| 2104 | Bradley Alan Knepper, |
| 2105 | Terry Lamont Fleming, |
| 2106 | Ida Lee Fleming, |
| 2107 | Elaine F. Bennett, |
| 2108 | Ayron L. Bennett, |
| 2109 | Victor Jerome Dominguez, |
| 2110 | V.D., a Minor Child, |
| 2111 | Ivonne Dominguez, |
| 2112 | Antonio Aponte, |
| 2113 | Estate of Merlin German, |
| 2114 | Lourdes German, |
| 2115 | Ariel German, |
| 2116 | Glenn Gilbert Geffert, |
| 2117 | Pamela A. Geffert, |
| 2118 | Aidan M. Geffert, |
| 2119 | Ian C. Drinkwater, |
| 2120 | Tristan G. Drinkwater, |
| 2121 | Andrew James Raymond, |
| 2122 | Diana L. Raymond, |
| 2123 | A.J.R., a Minor Child, |
| 2124 | Caleb A. Raymond, |
| 2125 | Hannah E. Raymond, |

*January 29, 2019* \

2126    Phyllis M. Raymond,
2127    Estate of Tromaine K. Toy, Sr.,
2128    Tyrell R. Toy,
2129    Estate of Anthony Capra, Jr.,
2130    Angie Capra,
2131    Mark Capra,
2132    Victoria Capra,
2133    A.C., a Minor Child,
2134    J.C., a Minor Child,
2135    S.C., a Minor Child,
2136    Sharon Capra,
2137    Anthony Capra, Sr.,
2138    Danielle Capra,
2139    Emily Capra,
2140    Jacob D. Capra,
2141    Joanna Capra,
2142    Joseph E. Capra,
2143    Julia-Anne Capra,
2144    Michael L. Capra,
2145    Rachel M. Capra Lee,
2146    Sarah Capra Johnson,
2147    Jason Capra,
2148    Joseph Christopher Ferraro,

*January 29, 2019* \