UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOEL TAVERA, et al., )
)
      Plaintiffs, )
)
v. ) Civil Action No. 1:18-cv-07312-LDH-SJB
)
HSBC BANK, USA, N.A., et al., )
)
      Defendants. )
)

## AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, Christopher G. Paulos, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bar of the states of Florida and California.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case 1:18-cv-07312, *JOEL TAVERA, et al., v. HSBC BANK, USA, N.A., et al.,* for all plaintiffs.

Dated: January 30, 2019

NOTARIZED

Respectfully Submitted,

Christopher G. Paulos
Florida Bar No. 0091579
**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**
316 South Baylen Street, Suite 600
Telephone: (850) 435-7067
Facsimile: (850) 436-6067
Email: cpaulos@levinlaw.com


SYLVIA F. JARRETT
MY COMMISSION # FF 241427
EXPIRES: July 9, 2019
Bonded Thru Budget Notary Services

STATE OF FLORIDA
COUNTY OF ESCAMBIA

Subscribed and Sworn to before me this 30th day of January, 2019

Notary Public
My commission expires 7-9-19

2