UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL TAVERA, et al., )<br>)<br>  Plaintiffs, )<br>)<br>v. )<br>)<br>HSBC BANK, USA, N.A., et al., )<br>)<br>  Defendants. )<br>_____) | Civil Action No. 1:18-cv-07312-LDH-SJB |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiffs, Joel Tavera, et al.

Dated: February 6, 2019

Respectfully Submitted,

_____
Christopher G. Paulos
Florida Bar No. 0091579
**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**
316 South Baylen Street, Suite 600
Telephone: (850) 435-7067
Facsimile: (850) 436-6067
Email: cpaulos@levinlaw.com