UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOEL TAVERA, et al., )
)
    Plaintiffs, )
)
v. ) Civil Action No. 1:18-cv-07312-LDH-SJB
)
HSBC BANK, USA, N.A., et al., )
)
    Defendants. )
_____)

## APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiffs, Joel Tavera, et al.

Dated: February 6, 2019

Respectfully Submitted,

/s/ W. Troy Bouk
W. Troy Bouk
Florida Bar No. 0043384
**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**
316 South Baylen Street, Suite 600
Telephone: (850) 435-7067
Facsimile: (850) 436-6067
Email: tbouk@levinlaw.com