UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL TAVERA, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>HSBC BANK, USA, N.A., et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:18-cv-07312-LDH-SJB |

## APPEARANCE OF COUNSEL

To:   The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiffs, Joel Tavera, et al.

Dated: February 8, 2019                    Respectfully Submitted,

/s/ James Magazine
James L. Magazine
Florida Bar No. 847232
**Law Offices of Lucas|Magazine**
8606 Government Drive
New Port Richey, Florida 34654
Telephone: (727) 849-5353
Facsimile: (727) 845-7949
Email: jim@lucasmagazine.com