### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOEL TAVERA, et al.,** | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | )    **Civil Action No. 1:18-cv-07312-LDH-SJB** |
| | ) |
| **HSBC BANK, USA, N.A., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## APPEARANCE OF COUNSEL

To:    The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiffs, Joel Tavera, et al.

Dated: February 8, 2019        Respectfully Submitted,

/s/ C. Dyer
Christopher C. Dyer, Esquire
Florida Bar No. 0068674
THE LAW OFFICES OF LUCAS MAGAZINE
8606 Government Drive
New Port Richey, Florida 34654
Telephone: (727)849-5353
Facsimile: (727)845-7949
Email: cdyer@lucasmagazine.com