UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
JOEL TAVERA, et al.,                                         :
:
                      Plaintiffs,                              :
:    18-cv-07312-LDH-SJB
         v.                                                :
:
HSBC BANK USA, N.A., et al.,                                 :
:
                      Defendants.                              :
:
------------------------------------------------------------ X

## STIPULATION AND [PROPOSED] ORDER

The Stipulating Defendants,[1] through their counsel, and Plaintiffs, through their counsel, hereby stipulate and agree as follows:

WHEREAS a Complaint against certain of the Stipulating Defendants in matter 14 Civ. 06601 (DLI-CLP) ("*Freeman*") was filed on November 10, 2014;

WHEREAS the *Freeman* Court entered an order staying discovery in *Freeman* on January 16, 2015, *Freeman* ECF No. 37;

WHEREAS the Stipulating Defendants named in the Complaint in *Freeman* filed a motion to dismiss the Complaint in *Freeman* on November 10, 2016, *Freeman* ECF No. 120 (the

---

[1] The Stipulating Defendants are HSBC Bank USA, N.A.; HSBC Holdings plc; HSBC Bank plc; HSBC Bank Middle East Limited; HSBC North America Holdings, Inc.; Barclays Bank PLC; Barclays Bank PLC, New York Branch; Standard Chartered Bank; Standard Chartered Bank, New York Branch; The Royal Bank of Scotland N.V.; The Royal Bank of Scotland plc; The Royal Bank of Scotland plc, New York Branch; Credit Suisse AG; Credit Suisse AG, New York Branch; BNP Paribas S.A.; BNP Paribas S.A., New York Branch; Deutsche Bank AG; Deutsche Bank AG, New York Branch; Crédit Agricole Corporate & Investment Bank; Crédit Agricole Corporate & Investment Bank, New York Branch; Commerzbank AG; Commerzbank AG, New York Branch.

"Motion to Dismiss");

WHEREAS the Hon. Cheryl L. Pollak, United States Magistrate Judge, issued a Report and Recommendation on July 27, 2018, *Freeman* ECF No. 165 (the "R&R") recommending that the Stipulating Defendants' Motion to Dismiss be denied;

WHEREAS those Stipulating Defendants filed objections to the R&R in *Freeman* on August 31, 2018, *Freeman* ECF No. 174;

WHEREAS Plaintiffs filed a Complaint against the Stipulating Defendants in the above-captioned matter ("*Tavera*") on December 21, 2018; and

WHEREAS the parties to this action, *Tavera*, having met and conferred, agree in the interest of efficiency and judicial economy to stay the proceedings involving the Stipulating Defendants and Defendant Crédit Agricole S.A. ("CASA") in *Tavera* until 30 days after the Court rules on the Motion to Dismiss in *Freeman*, and further agree that after the stay is lifted, service on the Stipulating Defendants with judicial process in *Tavera* in the manner provided by Federal Rule of Civil Procedure 4 will not be required.  Defendant CASA does not join in the stipulation that service upon it will not be required, and has not waived the international service requirements;

WHEREAS the parties agree that this Stipulation does not include Defendant Bank Saderat, and Plaintiffs have already served Defendant Bank Saderat with judicial process (*Tavera* ECF No. 42) and Plaintiffs shall be permitted to seek entry of default should Defendant Bank Saderat fail to timely respond or otherwise appear in *Tavera*.

IT IS HEREBY STIPULATED BY AND BETWEEN the undersigned counsel as follows:

1. The undersigned parties agree that all proceedings in *Tavera*, including service of the Complaint, related only to Stipulating Defendants and Defendant CASA, should be stayed

2

until 30 days after the Court rules on the Motion to Dismiss in *Freeman*.

2. The Stipulating Defendants agree that upon termination of the stay, service on the Stipulating Defendants with judicial process in *Tavera* in the manner provided by Federal Rule of Civil Procedure 4 will not be required.

3. The Stipulating Defendants retain all defenses and objections in *Tavera*, except for defenses and objections based on a defect in the summons or in the service of the summons in *Tavera*. The defenses and objections that the Stipulating Defendants hereby retain include, but are not limited to, defenses and objections related to (i) personal jurisdiction and (ii) whether offices that are not separately incorporated juridical entities have been properly named as defendants.

4. Following any ruling on the Motion to Dismiss in *Freeman*, the parties will confer in good faith regarding the most fair and efficient way to proceed in light of such ruling, with all parties' rights in this regard fully reserved.

IT IS FURTHER STIPULATED BY AND BETWEEN the undersigned counsel that except as provided above, nothing in this stipulation shall waive any right or defense of any party, all of which rights and defenses are expressly reserved.

Dated: February 20, 2019

| THE NATIONS LAW FIRM | BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C. |
|---|---|
| by *[signature]* | by *[signature]* |
| Howard L. Nations | Seth A. Katz |
| 3131 Briarpark Drive, Suite 208 | 40 Inverness Drive East |
| Houston, Texas 77042 | Englewood, Colorado 80112 |
| (713) 807-8400 | (303) 792-5595 |
| howard@howardnations.com | skatz@burgsimpson.com |
| *Attorneys for the Tavera Plaintiffs* | *Attorneys for the Tavera Plaintiffs* |

3

SULLIVAN & CROMWELL LLP

by *[signature: Michael Tomaino /JSC]*

Michael T. Tomaino, Jr.
Jeffrey T. Scott
Jonathan M. Sedlak
125 Broad Street
New York, NY 10004
(212) 558-4000
tomainom@sullcrom.com
scottj@sullcrom.com
sedlakj@sullcrom.com

*Attorneys for Defendants Barclays Bank PLC, Barclays Bank PLC, New York Branch*

SULLIVAN & CROMWELL LLP,

by _____

Joseph E. Neuhaus
Alexander J. Willscher
Colin A. Chazen
125 Broad Street
New York, NY 10004
(212) 558-4000
neuhausj@sullcrom.com
willschera@sullcrom.com
chazenc@sullcrom.com

*Attorneys for Defendants Crédit Agricole S.A., Crédit Agricole Corporate & Investment Bank, Crédit Agricole Corporate & Investment Bank, New York Branch*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

by *[signature]*

Jonathan I. Blackman
Carmine D. Boccuzzi, Jr.
Avram E. Luft
One Liberty Plaza
New York, NY 10006
(212) 225-2000
jblackman@cgsh.com
cboccuzzi@cgsh.com
aluft@cgsh.com

*Attorneys for Defendants Commerzbank AG, Commerzbank AG, New York Branch, BNP Paribas S.A., BNP Paribas S.A., New York Branch*

SULLIVAN & CROMWELL LLP

by _____

Sharon L. Nelles
125 Broad Street
New York, NY 10004
(212) 558-4000
nelless@sullcrom.com

*Attorney for Defendants Standard Chartered Bank, Standard Chartered Bank, New York Branch*

SULLIVAN & CROMWELL LLP

by _____

Michael T. Tomaino, Jr.
Jeffrey T. Scott
Jonathan M. Sedlak
125 Broad Street
New York, NY 10004
(212) 558-4000
tomainom@sullcrom.com
scottj@sullcrom.com
sedlakj@sullcrom.com

*Attorneys for Defendants Barclays Bank PLC, Barclays Bank PLC, New York Branch*

SULLIVAN & CROMWELL LLP,

by /s/ Joseph E. Neuhaus

Joseph E. Neuhaus
Alexander J. Willscher
Colin A. Chazen
125 Broad Street
New York, NY 10004
(212) 558-4000
neuhausj@sullcrom.com
willschera@sullcrom.com
chazenc@sullcrom.com

*Attorneys for Defendants Crédit Agricole S.A., Crédit Agricole Corporate & Investment Bank, Crédit Agricole Corporate & Investment Bank, New York Branch*


CLEARY GOTTLIEB STEEN & HAMILTON LLP

by /s/

Jonathan I. Blackman
Carmine D. Boccuzzi, Jr.
Avram E. Luft
One Liberty Plaza
New York, NY 10006
(212) 225-2000
jblackman@cgsh.com
cboccuzzi@cgsh.com
aluft@cgsh.com

*Attorneys for Defendants Commerzbank AG, Commerzbank AG, New York Branch, BNP Paribas S.A., BNP Paribas S.A., New York Branch*

SULLIVAN & CROMWELL LLP

by _____

Sharon L. Nelles
125 Broad Street
New York, NY 10004
(212) 558-4000
nelless@sullcrom.com

*Attorney for Defendants Standard Chartered Bank, Standard Chartered Bank, New York Branch*

4

SULLIVAN & CROMWELL LLP

by _____

    Michael T. Tomaino, Jr.
    Jeffrey T. Scott
    Jonathan M. Sedlak
125 Broad Street
New York, NY 10004
(212) 558-4000
tomainom@sullcrom.com
scottj@sullcrom.com
sedlakj@sullcrom.com

*Attorneys for Defendants Barclays Bank PLC, Barclays Bank PLC, New York Branch*

SULLIVAN & CROMWELL LLP,

by _____

    Joseph E. Neuhaus
    Alexander J. Willscher
    Colin A. Chazen
125 Broad Street
New York, NY 10004
(212) 558-4000
neuhausj@sullcrom.com
willschera@sullcrom.com
chazenc@sullcrom.com

*Attorneys for Defendants Crédit Agricole S.A., Crédit Agricole Corporate & Investment Bank, Crédit Agricole Corporate & Investment Bank, New York Branch*


CLEARY GOTTLIEB STEEN & HAMILTON LLP

by _____/s/_____

    Jonathan I. Blackman
    Carmine D. Boccuzzi, Jr.
    Avram E. Luft
One Liberty Plaza
New York, NY 10006
(212) 225-2000
jblackman@cgsh.com
cboccuzzi@cgsh.com
aluft@cgsh.com

*Attorneys for Defendants Commerzbank AG, Commerzbank AG, New York Branch, BNP Paribas S.A., BNP Paribas S.A., New York Branch*

SULLIVAN & CROMWELL LLP

by ___/s/ Sharon L. Nelles /JHL___

    Sharon L. Nelles
125 Broad Street
New York, NY 10004
(212) 558-4000
nelless@sullcrom.com

*Attorney for Defendants Standard Chartered Bank, Standard Chartered Bank, New York Branch*

4

MAYER BROWN LLP,

by _/s/_____

Marc R. Cohen
Alex C. Lakatos
1999 K Street, N.W
Washington, DC 20006
(202) 263-3000
mcohen@mayerbrown.com
alakatos@mayerbrown.com

*Attorneys for Defendants Credit Suisse AG,
Credit Suisse AG, New York Branch*

CLIFFORD CHANCE US LLP,

by _____

Robert G. Houck
Michael G. Lightfoot
31 West 52nd Street
New York, NY 10019-6131
(212) 878-8000
robert.houck@cliffordchance.com
michael.lightfoot@cliffordchance.com

Katie Barlow
2001 K Street NW
Washington, DC 20006-1001
(202) 912-5000
Katie.Barlow@cliffordchance.com

*Attorneys for Defendants Royal Bank of
Scotland N.V., Royal Bank of Scotland plc,
Royal Bank of Scotland plc, New York Branch*

MAYER BROWN LLP

by _/s/_____

Mark G. Hanchet
Robert W. Hamburg
1221 Avenue of the Americas
New York, NY 10020-1001
(212) 506-2500
mhanchet@mayerbrown.com
rhamburg@mayerbrown.com

*Attorneys for Defendants HSBC Holdings plc,
HSBC Bank plc, HSBC Bank Middle East
Limited, HSBC North America Holdings, Inc.,
HSBC Bank USA, N.A.*

5

| MAYER BROWN LLP, | CLIFFORD CHANCE US LLP, |
|---|---|
| by _____ | by _/s/ Robert G. Houck_____ |
| Marc R. Cohen<br>Alex C. Lakatos<br>1999 K Street, N.W<br>Washington, DC 20006<br>(202) 263-3000<br>mcohen@mayerbrown.com<br>alakatos@mayerbrown.com<br><br>*Attorneys for Defendants Credit Suisse AG,*<br>*Credit Suisse AG, New York Branch* | Robert G. Houck<br>Michael G. Lightfoot<br>31 West 52nd Street<br>New York, NY 10019-6131<br>(212) 878-8000<br>robert.houck@cliffordchance.com<br>michael.lightfoot@cliffordchance.com<br><br>Katie Barlow<br>2001 K Street NW<br>Washington, DC 20006-1001<br>(202) 912-5000<br>Katie.Barlow@cliffordchance.com<br><br>*Attorneys for Defendants Royal Bank of*<br>*Scotland N.V., Royal Bank of Scotland plc,*<br>*Royal Bank of Scotland plc, New York Branch* |

MAYER BROWN LLP

by _____

    Mark G. Hanchet
    Robert W. Hamburg
1221 Avenue of the Americas
New York, NY 10020-1001
(212) 506-2500
mhanchet@mayerbrown.com
rhamburg@mayerbrown.com

*Attorneys for Defendants HSBC Holdings plc,*
*HSBC Bank plc, HSBC Bank Middle East*
*Limited, HSBC North America Holdings, Inc.,*
*HSBC Bank USA, N.A.*

COVINGTON & BURLING LLP

by  *[signature]*
_____

John E. Hall
Mark P. Gimbel
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 841-1000
jhall@cov.com
mgimbel@cov.com

David M. Zionts
One City Center
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000
dzionts@cov.com

*Attorneys for Defendants Deutsche Bank AG, Deutsche Bank AG, New York Branch*

IT IS SO ORDERED, this ___ day of _____, 2019:

_____
LaShann DeArcy Hall
United States District Court Judge

6