UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOEL TAVERA, et al.,          )
                              )
    Plaintiffs,               )    AFFIDAVIT OF DAVID K. TESELLE
                              )    IN SUPPORT OF MOTION TO
v.                            )    ADMIT COUNSEL *PRO HAC VICE*
                              )    Civil Action No.: 1:18-cv-07312-LDH-SJB
HSBC BANK, USA, N.A., et al., )
                              )
    Defendants.               )

I, David K. TeSelle, being duly sworn, hereby deposes and says as follows:

1. I am a shareholder with law firm of Burg Simpson Eldredge Hersh & Jardine PC.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bars of the States of Colorado and Arizona.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I **have not** been convicted of a felony.

6. I **have not** been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that he will be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiffs John Tavera, et al.

Dated: March 6, 2019.

David K. TeSelle
Burg Simpson Eldredge Hersh
& Jardine PC
40 Inverness Drive East
Englewood, CO 80112
dteselle@burgsimpson.com
(303) 792-5595

Notary Signature: _____
Commission Expires: 9/11/2019

HEATHER CHRISTMAN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20074034585
MY COMMISSION EXPIRES SEPTEMBER 11, 2019