**Robyn B. Weiner**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Wednesday, March 06, 2019 10:48 AM |
| **To:** | Robyn B. Weiner |
| **Subject:** | Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Frank Daley at (718)613-2581.

Account Number: 5595882
Court: NEW YORK EASTERN DISTRICT COURT
Amount: $150.00
Tracking Id: ANYEDC-11259080
Approval Code: 124264
Card Number: ************4255
Date/Time: 03/06/2019 12:47:46 ET

NOTE: This is an automated message. Please do not reply