**Robyn B. Weiner**

| | |
|---|---|
| From: | do_not_reply@psc.uscourts.gov |
| Sent: | Wednesday, March 06, 2019 10:48 AM |
| To: | Robyn B. Weiner |
| Subject: | Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Frank Daley at (718)613-2581.

Account Number: 5595882
Court: NEW YORK EASTERN DISTRICT CO
Amount: $150.00
Tracking Id: ANYEDC-11259080
Approval Code: 124264
Card Number: ************4255
Date/Time: 03/06/2019 12:47:46 ET

**APPROVED ON 03/07/2019**
DOUGLAS C. PALMER
CLERK OF COURT
By: August Marziliano, Operations Manager

NOTE: This is an automated message. Plea[se]

**Application approved. The attorney has made the following payments:**
**1:18-cv-07312-LDH-SJB     TeSelle, David K     2019-03-06 12:47:47   Motion for Leave to Appear Pro Hac Vice( 1:18-cv-07312-LDH-SJB) [motion aphvN] ( 150.00) cr card ANYEDC-11259080  $ 150.00**
**1:18-cv-07312-LDH-SJB     TeSelle, David K     2019-03-04 15:58:40   Motion for Leave to Appear Pro Hac Vice( 1:18-cv-07312-LDH-SJB) [motion aphvN] ( 150.00) cr card ANYEDC-11251751  $ 150.00. Payment with receipt number ANYEDC-11259080 should be refunded.**