UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOEL TAVERA, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**HSBC BANK USA, N.A., et al.,** )<br>)<br>**Defendants.** )<br>)  | Civil Action No. 1:18-CV-07312-LDH-SJB |

### CERTIFICATE OF DEFAULT

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant Bank Saderat Plc has not filed an Answer or otherwise moved with respect to the Complaint herein. The default of Defendant Bank Saderat Plc is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

DATED: Brooklyn, New York

   March 14, 2019

DOUGLAS C. PALMER
Clerk of Court

By: _/s/Jalitza Poveda_____
   Deputy Clerk

1