```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
```

---------------------------------------------------------- X
                                                           :
JOEL TAVERA, et al.,                                       :
                                                           :
                                   Plaintiffs,             :
                                                           :   18-cv-07312-LDH-SJB
                    v.                                     :       ("*Tavera*")
                                                           :
HSBC BANK USA, N.A., et al.,                               :
                                                           :
                                   Defendants.             :
                                                           :
---------------------------------------------------------- X

## STIPULATION AND [PROPOSED] ORDER

Plaintiffs, the Stipulating Defendants,[1] and Defendant Crédit Agricole S.A. ("CASA"), through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS a Complaint against certain of the Stipulating Defendants in matter 14 Civ. 06601 (PKC-CLP) ("*Freeman I*") was filed on November 10, 2014, an Amended Complaint was filed on April 2, 2015, *Freeman I* ECF No. 77, and a Second Amended Complaint was filed on July 12, 2016, *Freeman I* ECF No. 110;

WHEREAS the Court entered an order staying discovery in *Freeman I* on January 16, 2015, *Freeman I* ECF No. 37;

---

[1] The Stipulating Defendants are HSBC Bank USA, N.A.; HSBC Holdings plc; HSBC Bank plc; HSBC Bank Middle East Limited; HSBC North America Holdings, Inc.; Barclays Bank PLC; Barclays Bank PLC, New York Branch; Standard Chartered Bank; Standard Chartered Bank, New York Branch; The Royal Bank of Scotland N.V.; The Royal Bank of Scotland plc; The Royal Bank of Scotland plc, New York Branch; Credit Suisse AG; Credit Suisse AG, New York Branch; BNP Paribas S.A.; BNP Paribas S.A., New York Branch; Deutsche Bank AG; Deutsche Bank AG, New York Branch; Crédit Agricole Corporate & Investment Bank; Crédit Agricole Corporate & Investment Bank, New York Branch; Commerzbank AG; Commerzbank AG, New York Branch.

1

WHEREAS the Stipulating Defendants named in the Second Amended Complaint in *Freeman I* filed a motion to dismiss on November 10, 2016, *Freeman I* ECF No. 120;

WHEREAS Plaintiffs filed a Complaint against the Stipulating Defendants and Defendant CASA in the above-captioned matter ("*Tavera*") on December 21, 2018;

WHEREAS the parties in this action entered into a stipulation, which provided that (1) all proceedings in *Tavera* with respect to the Stipulating Defendants and Defendant CASA, including service of the Complaint, should be stayed until 30 days after the Court's decision on the motion to dismiss in *Freeman I*; (2) upon termination of the stay, service on the Stipulating Defendants with judicial process in *Tavera* in the manner provided by Federal Rule of Civil Procedure 4 will not be required; (3) the Stipulating Defendants otherwise retain all defenses and objections in *Tavera* except those related to service; and (4) the parties would confer in good faith regarding the most fair and efficient way to proceed following the Court's decision on the motion to dismiss in *Freeman I*;

WHEREAS the Court granted the motion to dismiss the *Freeman I* Second Amended Complaint on September 16, 2019, *Freeman I* ECF No. 237;

WHEREAS Plaintiffs filed a motion for partial reconsideration on September 26, 2019, *Freeman I* ECF No. 239;

WHEREAS the Stipulating Defendants, Defendant CASA, and Plaintiffs entered into a stipulation which provided that the stay should be continued pending the Court's decision on Plaintiffs' motion for partial reconsideration in *Freeman I*;

WHEREAS the Court denied the motion for partial reconsideration in *Freeman I* on October 28, 2019;

WHEREAS the Stipulating Defendants, Defendant CASA, and Plaintiffs have conferred, and agree that the stay should be continued pending the resolution of any appeal of the judgment

in *Freeman I*.

IT IS HEREBY STIPULATED BY AND BETWEEN the undersigned counsel as follows:

1. The Stipulating Defendants' and Defendant CASA's time to move or answer in response to the *Tavera* Complaint or any *Tavera* amended complaint, and all further proceedings in *Tavera* related to the Stipulating Defendants and Defendant CASA, will be stayed until 30 days after the decision of any appeal filed in *Freeman I*.

2. Following a decision of an appeal in *Freeman I*, the parties will confer in good faith regarding the most fair and efficient way to proceed in light of such ruling, with all parties' rights in this regard fully reserved.

IT IS FURTHER STIPULATED BY AND BETWEEN the undersigned counsel that, except as provided above, nothing in this Stipulation shall waive any right or defense of any party, all of which rights and defenses are expressly reserved.

Dated: November 21, 2019

| THE NATIONS LAW FIRM | BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C. |
|---|---|
| by | by /s/ Seth A. Katz |
| Howard L. Nations<br>3131 Briarpark Drive, Suite 208<br>Houston, Texas 77042<br>(713) 807-8400<br>howard@howardnations.com | Seth A. Katz<br>40 Inverness Drive East<br>Englewood, Colorado 80112<br>(303) 792-5595<br>skatz@burgsimpson.com |
| *Attorneys for the Tavera Plaintiffs* | *Attorneys for the Tavera Plaintiffs* |

IT IS HEREBY STIPULATED BY AND BETWEEN the undersigned counsel as follows:

1. The Stipulating Defendants' and Defendant CASA's time to move or answer in response to the *Tavera* Complaint or any *Tavera* amended complaint, and all further proceedings in *Tavera* related to the Stipulating Defendants and Defendant CASA, will be stayed until 30 days after the decision of any appeal filed in *Freeman I*.

2. Following a decision of an appeal in *Freeman I*, the parties will confer in good faith regarding the most fair and efficient way to proceed in light of such ruling, with all parties' rights in this regard fully reserved.

IT IS FURTHER STIPULATED BY AND BETWEEN the undersigned counsel that, except as provided above, nothing in this Stipulation shall waive any right or defense of any party, all of which rights and defenses are expressly reserved.

Dated: November ____, 2019

| | |
|---|---|
| THE NATIONS LAW FIRM | BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C. |
| by /s/ Howard L. Nations | by _____ |
| Howard L. Nations | Seth A. Katz |
| 3131 Briarpark Drive, Suite 208 | 40 Inverness Drive East |
| Houston, Texas 77042 | Englewood, Colorado 80112 |
| (713) 807-8400 | (303) 792-5595 |
| howard@howardnations.com | skatz@burgsimpson.com |
| *Attorneys for the Tavera Plaintiffs* | *Attorneys for the Tavera Plaintiffs* |
| SULLIVAN & CROMWELL LLP | SULLIVAN & CROMWELL LLP, |

| | |
|---|---|
| SULLIVAN & CROMWELL LLP<br><br>by /s/ *signature* | SULLIVAN & CROMWELL LLP,<br><br>by |
| Michael T. Tomaino, Jr.<br>Jeffrey T. Scott<br>Jonathan M. Sedlak<br>125 Broad Street<br>New York, NY 10004<br>(212) 558-4000<br>tomainom@sullcrom.com<br>scottj@sullcrom.com<br>sedlakj@sullcrom.com<br><br>*Attorneys for Defendants Barclays Bank PLC, Barclays Bank PLC, New York Branch* | Joseph E. Neuhaus<br>Alexander J. Willscher<br>Alexander N. Gross<br>125 Broad Street<br>New York, NY 10004<br>(212) 558-4000<br>neuhausj@sullcrom.com<br>willschera@sullcrom.com<br>grossa@sullcrom.com<br><br>*Attorneys for Defendants Crédit Agricole S.A., Crédit Agricole Corporate & Investment Bank, Crédit Agricole Corporate & Investment Bank, New York Branch* |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>by | SULLIVAN & CROMWELL LLP<br><br>by |
| Jonathan I. Blackman<br>Carmine D. Boccuzzi, Jr.<br>Alexis Collins<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2000<br>jblackman@cgsh.com<br>cboccuzzi@cgsh.com<br>alcollins@cgsh.com<br><br>*Attorneys for Defendants Commerzbank AG, Commerzbank AG, New York Branch, BNP Paribas S.A., BNP Paribas S.A., New York Branch* | Sharon L. Nelles<br>Andrew J. Finn<br>125 Broad Street<br>New York, NY 10004<br>(212) 558-4000<br>nelless@sullcrom.com<br>finna@sullcrom.com<br><br>*Attorney for Defendants Standard Chartered Bank, Standard Chartered Bank, New York Branch* |

| | |
|---|---|
| SULLIVAN & CROMWELL LLP<br><br>by _____<br><br>Michael T. Tomaino, Jr.<br>Jeffrey T. Scott<br>Jonathan M. Sedlak<br>125 Broad Street<br>New York, NY 10004<br>(212) 558-4000<br>tomainom@sullcrom.com<br>scottj@sullcrom.com<br>sedlakj@sullcrom.com<br><br>*Attorneys for Defendants Barclays Bank PLC, Barclays Bank PLC, New York Branch* | SULLIVAN & CROMWELL LLP,<br><br>by  /s/ Joseph E. Neuhaus  <br><br>Joseph E. Neuhaus<br>Alexander J. Willscher<br>Alexander N. Gross<br>125 Broad Street<br>New York, NY 10004<br>(212) 558-4000<br>neuhausj@sullcrom.com<br>willschera@sullcrom.com<br>grossa@sullcrom.com<br><br>*Attorneys for Defendants Crédit Agricole S.A., Crédit Agricole Corporate & Investment Bank, Crédit Agricole Corporate & Investment Bank, New York Branch* |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>by _____<br><br>Jonathan I. Blackman<br>Carmine D. Boccuzzi, Jr.<br>Alexis Collins<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2000<br>jblackman@cgsh.com<br>cboccuzzi@cgsh.com<br>alcollins@cgsh.com<br><br>*Attorneys for Defendants Commerzbank AG, Commerzbank AG, New York Branch, BNP Paribas S.A., BNP Paribas S.A., New York Branch* | SULLIVAN & CROMWELL LLP<br><br>by _____<br><br>Sharon L. Nelles<br>Andrew J. Finn<br>125 Broad Street<br>New York, NY 10004<br>(212) 558-4000<br>nelless@sullcrom.com<br>finna@sullcrom.com<br><br>*Attorney for Defendants Standard Chartered Bank, Standard Chartered Bank, New York Branch* |

| SULLIVAN & CROMWELL LLP | SULLIVAN & CROMWELL LLP, |
|---|---|
| by _____ | by _____ |
| Michael T. Tomaino, Jr.<br>Jeffrey T. Scott<br>Jonathan M. Sedlak<br>125 Broad Street<br>New York, NY 10004<br>(212) 558-4000<br>tomainom@sullcrom.com<br>scottj@sullcrom.com<br>sedlakj@sullcrom.com | Joseph E. Neuhaus<br>Alexander J. Willscher<br>Alexander N. Gross<br>125 Broad Street<br>New York, NY 10004<br>(212) 558-4000<br>neuhausj@sullcrom.com<br>willschera@sullcrom.com<br>grossa@sullcrom.com |
| *Attorneys for Defendants Barclays Bank PLC, Barclays Bank PLC, New York Branch* | *Attorneys for Defendants Crédit Agricole S.A., Crédit Agricole Corporate & Investment Bank, Crédit Agricole Corporate & Investment Bank, New York Branch* |

| CLEARY GOTTLIEB STEEN & HAMILTON LLP | SULLIVAN & CROMWELL LLP |
|---|---|
| by /s/ _____ | by _____ |
| Jonathan I. Blackman<br>Carmine D. Boccuzzi, Jr.<br>Alexis Collins<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2000<br>jblackman@cgsh.com<br>cboccuzzi@cgsh.com<br>alcollins@cgsh.com | Sharon L. Nelles<br>Andrew J. Finn<br>125 Broad Street<br>New York, NY 10004<br>(212) 558-4000<br>nelless@sullcrom.com<br>finna@sullcrom.com |
| *Attorneys for Defendants Commerzbank AG, Commerzbank AG, New York Branch, BNP Paribas S.A., BNP Paribas S.A., New York Branch* | *Attorney for Defendants Standard Chartered Bank, Standard Chartered Bank, New York Branch* |

4

| | |
|---|---|
| SULLIVAN & CROMWELL LLP<br><br>by _____<br><br>    Michael T. Tomaino, Jr.<br>    Jeffrey T. Scott<br>    Jonathan M. Sedlak<br>125 Broad Street<br>New York, NY 10004<br>(212) 558-4000<br>tomainom@sullcrom.com<br>scottj@sullcrom.com<br>sedlakj@sullcrom.com<br><br>*Attorneys for Defendants Barclays Bank PLC, Barclays Bank PLC, New York Branch* | SULLIVAN & CROMWELL LLP,<br><br>by _____<br><br>    Joseph E. Neuhaus<br>    Alexander J. Willscher<br>    Alexander N. Gross<br>125 Broad Street<br>New York, NY 10004<br>(212) 558-4000<br>neuhausj@sullcrom.com<br>willschera@sullcrom.com<br>grossa@sullcrom.com<br><br>*Attorneys for Defendants Crédit Agricole S.A., Crédit Agricole Corporate & Investment Bank, Crédit Agricole Corporate & Investment Bank, New York Branch* |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>by _____<br><br>    Jonathan I. Blackman<br>    Carmine D. Boccuzzi, Jr.<br>    Alexis Collins<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2000<br>jblackman@cgsh.com<br>cboccuzzi@cgsh.com<br>alcollins@cgsh.com<br><br>*Attorneys for Defendants Commerzbank AG, Commerzbank AG, New York Branch, BNP Paribas S.A., BNP Paribas S.A., New York Branch* | SULLIVAN & CROMWELL LLP<br><br>by /s/ [signature]<br><br>    Sharon L. Nelles<br>    Andrew J. Finn<br>125 Broad Street<br>New York, NY 10004<br>(212) 558-4000<br>nelless@sullcrom.com<br>finna@sullcrom.com<br><br>*Attorney for Defendants Standard Chartered Bank, Standard Chartered Bank, New York Branch* |

MAYER BROWN LLP,

by *[signature: Alex Lakatos]*
_____

    Marc R. Cohen
    Alex C. Lakatos
1999 K Street, N.W
Washington, DC 20006
(202) 263-3000
mcohen@mayerbrown.com
alakatos@mayerbrown.com

*Attorneys for Defendants Credit Suisse AG, Credit Suisse AG, New York Branch*

CLIFFORD CHANCE US LLP,

by
_____

    Robert G. Houck
    Michael G. Lightfoot
31 West 52nd Street
New York, NY 10019-6131
(212) 878-8000
robert.houck@cliffordchance.com
michael.lightfoot@cliffordchance.com

    Katie Barlow
2001 K Street NW
Washington, DC 20006-1001
(202) 912-5000
Katie.Barlow@cliffordchance.com

*Attorneys for Defendants Royal Bank of Scotland N.V., Royal Bank of Scotland plc, Royal Bank of Scotland plc, New York Branch*

MAYER BROWN LLP

by
_____

    Mark G. Hanchet
    Robert W. Hamburg
1221 Avenue of the Americas
New York, NY 10020-1001
(212) 506-2500
mhanchet@mayerbrown.com
rhamburg@mayerbrown.com

*Attorneys for Defendants HSBC Holdings plc, HSBC Bank plc, HSBC Bank Middle East Limited, HSBC North America Holdings, Inc., HSBC Bank USA, N.A.*

| MAYER BROWN LLP, | CLIFFORD CHANCE US LLP, |
| --- | --- |
| by | by  /s/ |

| Marc R. Cohen | Robert G. Houck |
| Alex C. Lakatos | Michael G. Lightfoot |
| 1999 K Street, N.W | 31 West 52nd Street |
| Washington, DC 20006 | New York, NY 10019-6131 |
| (202) 263-3000 | (212) 878-8000 |
| mcohen@mayerbrown.com | robert.houck@cliffordchance.com |
| alakatos@mayerbrown.com | michael.lightfoot@cliffordchance.com |

*Attorneys for Defendants Credit Suisse AG, Credit Suisse AG, New York Branch*

Katie Barlow
2001 K Street NW
Washington, DC 20006-1001
(202) 912-5000
Katie.Barlow@cliffordchance.com

*Attorneys for Defendants Royal Bank of Scotland N.V., Royal Bank of Scotland plc, Royal Bank of Scotland plc, New York Branch*

MAYER BROWN LLP

by

Mark G. Hanchet
Robert W. Hamburg
1221 Avenue of the Americas
New York, NY 10020-1001
(212) 506-2500
mhanchet@mayerbrown.com
rhamburg@mayerbrown.com

*Attorneys for Defendants HSBC Holdings plc, HSBC Bank plc, HSBC Bank Middle East Limited, HSBC North America Holdings, Inc., HSBC Bank USA, N.A.*

| MAYER BROWN LLP, | CLIFFORD CHANCE US LLP, |
|---|---|
| by | by |

| Marc R. Cohen<br>Alex C. Lakatos<br>1999 K Street, N.W<br>Washington, DC 20006<br>(202) 263-3000<br>mcohen@mayerbrown.com<br>alakatos@mayerbrown.com<br><br>*Attorneys for Defendants Credit Suisse AG, Credit Suisse AG, New York Branch* | Robert G. Houck<br>Michael G. Lightfoot<br>31 West 52nd Street<br>New York, NY 10019-6131<br>(212) 878-8000<br>robert.houck@cliffordchance.com<br>michael.lightfoot@cliffordchance.com<br><br>Katie Barlow<br>2001 K Street NW<br>Washington, DC 20006-1001<br>(202) 912-5000<br>Katie.Barlow@cliffordchance.com<br><br>*Attorneys for Defendants Royal Bank of Scotland N.V., Royal Bank of Scotland plc, Royal Bank of Scotland plc, New York Branch* |

MAYER BROWN LLP

by _/s/_

Mark G. Hanchet
Robert W. Hamburg
1221 Avenue of the Americas
New York, NY 10020-1001
(212) 506-2500
mhanchet@mayerbrown.com
rhamburg@mayerbrown.com

*Attorneys for Defendants HSBC Holdings plc, HSBC Bank plc, HSBC Bank Middle East Limited, HSBC North America Holdings, Inc., HSBC Bank USA, N.A.*

COVINGTON & BURLING LLP

by *David M. Zionts* /a cc

    John E. Hall
    Mark P. Gimbel
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 841-1000
jhall@cov.com
mgimbel@cov.com

    David M. Zionts
One City Center
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000
dzionts@cov.com

*Attorneys for Defendants Deutsche Bank AG,*
*Deutsche Bank AG, New York Branch*

IT IS SO ORDERED, this  06  day of  December , 2019:

    /s/ Sanket J. Bulsara 12/06/2019
_____
Sanket J. Bulsara
United States Magistrate Judge